**ANTHONY SCORDO, ESQ. P.C.**
NJ Bar No.~ 024591987
PO Box 74
**CEDAR GROVE, NJ 07009**
**(973) 837-1861**
Proposed Attorney for plaintiff, Barbara Ann Hartke

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA ANN HARTKE, an individual on her own behalf and on behalf of the Estate of decedent Gilbert V. Hartke<br><br>*Plaintiff,*<br><br>v.<br><br>BONHAM'S & BUTTERFIELD'S AUCTIONEERS CORPORATION, A DELAWARE CORPORATION; THE CATHOLIC UNIVERSITY OF AMERICA, A NON-PROFIT DISTRICT OF COLUMBIA CORPORATION<br><br>*Defendants.* | Civil Action No.: 22-3571<br><br><br>:   **MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Anthony Scordo, hereby moves for an Order allowing the admission *pro hac vice* of:

        Applicant's Name:    Anthony Scordo,
        Firm Name:            Anthony Scordo, Esq. PC
        Address:               1425 Pompton Avenue, Suite 2-2
        City/State/Zip:       Cedar Grove, NJ 07009
        Phone Number:     (973) 837-1861

        Fax Number:        (973) 837-9650

        Anthony Scordo is a member in good standing of the Bar of the State of New Jersey. He has never been the subject of any disciplinary charges in his legal career of about 33 years. There are no pending disciplinary proceeding against Anthony Scordo in any State or Federal court. There are no pending disciplinary proceeding against Anthony Scordo in any State or Federal court.

Dated: May 3, 2022

Respectfully submitted
s/ Anthony Scordo

_____
ANTHONY SCORDO
NJ Bar:  024591987
1425 POMPTON AVENUE, SUITE 2-2
CEDAR GROVE, NJ 07009
(973) 837-1861

**ANTHONY SCORDO, ESQ. P.C.**
NJ Bar No.~ 024591987
1425 POMPTON AVENUE, SUITE 2-2
CEDAR GROVE, NJ 07009
(973) 837-1861
Proposed Attorney for Defendants, Performance Group USA, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SHAOXING BON TEXTILES CO., LTD., | : | |
| Plaintiff | : | |
| vs. | : | Civil Action No: 16-6805 (JSR) |
| 4-U PERFORMANCE GROUP LLC, HOWARD WEISS, SGM CORP., SGM LEASING CORP., ABE MANELA, FOR YOU APPAREL LLC, and PERFORMANCE GROUP, USA, INC. | : : : | **ORDER FOR ADMISSION** *PRO HAC VICE* **ON WRITTEN MOTION** |

Upon his own motion and affidavits in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:     Anthony Scordo

    Firm Name:     Anthony Scordo, Esq. PC

    Address:     1425 Pompton Avenue, Suite 2-2

    City/State/Zip:     Cedar Grove, NJ 07009

      Phone Number:      (973) 837-1861

      Fax Number:      (973) 837-9650

      Email Address:      anthonyscordo@msn.com

is admitted to practice *pro hac vice* as counsel for Defendant, Performance Group USA, Inc., in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forwards the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State: New York, NY

                                                                                        Hon. Jed S. Rakoff, USDJ

FOR OFFICE USE ONLY:  FEE PAID $                SDNY RECEIPT#

**ANTHONY SCORDO, ESQ. P.C.**
NJ Bar No.~ 024591987
1425 POMPTON AVENUE, SUITE 2-2
CEDAR GROVE, NJ 07009
(973) 837-1861
Proposed Attorney for Defendants, Performance Group USA, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SHAOXING BON TEXTILES CO., LTD., : | |
| Plaintiff : | |
| vs. : | **Civil Action No: 16-6805 (JSR)** |
| 4-U PERFORMANCE GROUP LLC, : | |
| HOWARD WEISS, SGM CORP., SGM | |
| LEASING CORP., ABE MANELA, : | |
| FOR YOU APPAREL LLC, and | **PROOF OF SERVICE** |
| PERFORMANCE GROUP, USA, INC. : | |

I, Anthony Scordo, being of full age hereby certifies as follows:

1.      I am the attorney for Defendant, Performance Group USA, Inc., with respect to the above referenced matter.

2. On this day, I sent by regular mail with postage pre-paid therein, a true and exact copy of Defendant, Performance Group USA, Inc., Motion to Admit Counsel *pro hac vice* to the attorneys representing the Plaintiff at their last known address:

>Jed R. Schlacter
>SCHLACTER & ASSOCIATES
>450 Seventh Avenue
>New York, New York 10123

3. I hereby certify that the foregoing statements are true and correct to the best of my knowledge and that if any of the foregoing statements are false, I am subject to punishment.

Dated: May 4, 2018

_____
ANTHONY SCORDO

**ANTHONY SCORDO, ESQ. P.C.**
**NJ Bar No.~ 024591987**
**1425 POMPTON AVENUE, SUITE 2-2**
**CEDAR GROVE, NJ 07009**
**(973) 837-1861**
Proposed Attorney for Defendants, Performance Group USA, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SHAOXING BON TEXTILES CO., LTD., | : | |
| Plaintiff | : | |
| vs. | : | Civil Action No: 16-6805 (JSR) |
| 4-U PERFORMANCE GROUP LLC, HOWARD WEISS, SGM CORP., SGM LEASING CORP., ABE MANELA, FOR YOU APPAREL LLC, and PERFORMANCE GROUP, USA, INC. | : : : | **AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Anthony Scordo, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at law in the State of New Jersey. I am familiar with the proceedings in this case.

2. I am a member in good standing of the bar of the State of New Jersey, and was admitted to practice law in 1987. My New Jersey Attorney ID is 024591987. Attached as Exhibit "A" is my Certificate of Good Standing.

3. I reside at 163 Clarken Drive, West Orange, New Jersey and my office is located at 1425 Pompton Avenue, Suite 2-2, Cedar Grove, New Jersey 07009.

4. I was admitted to the Bar of the State of New Jersey and the District Court of New Jersey on December 18, 1987. I was admitted to the Bar of the State of New York, Third Department, May 9, 1988. I am also admitted to the Third Circuit Court of Appeals and the Second Circuit Court of Appeals.

5. I attended law school at the University of Notre Dame in South Bend, Indiana. I clerked for an Appellate Division Judge in NJ for one year and was associated with several NY law firms Mendes & Mount and Bressler Amery & Ross and several Nj law firms as well as self-employed. I have appeared in this court several years ago pro hac vice. I have never been convicted of a felony. I have never been suspended, censured or denied admission or readmission or been disbarred by any court.

6. I respectfully submit a proposed order granting the admission of Anthony Scordo, *pro hac vice*, which is attached hereto as Exhibit "B."

HEREFORE it is respectfully requested that the motion to admit Anthony Scordo, *pro hac vice*, to represent the Defendant, Performance Group USA, Inc. in the above captioned matter, be granted.

Dated: May 4, 2018

                                                                            Respectfully submitted,

                                                                            ANTHONY SCORDO