**ANTHONY SCORDO, ESQ. P.C.**
NJ Bar No.~ 024591987
PO Box 74
CEDAR GROVE, NJ 07009
(973) 837-1861
Proposed attorney for plaintiff, Barbara Ann Hartke
Pro hac vice

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA ANN HARTKE, an individual on her own behalf and on behalf of the Estate of decedent Gilbert V. Hartke<br><br>*Plaintiff,*<br><br>v.<br><br>BONHAM'S & BUTTERFIELD'S AUCTIONEERS CORPORATION, A DELAWARE CORPORATION; THE CATHOLIC UNIVERSITY OF AMERICA, A NON-PROFIT DISTRICT OF COLUMBIA CORPORATION<br><br>*Defendants.* | Civil Action No.: 22-3571 |

**ORDER FOR ADMISSION**
*PRO HAC VICE*
**ON WRITTEN MOTION**

Upon his own motion and affidavits in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Anthony Scordo |
| Firm Name: | Anthony Scordo, Esq. PC |
| Address: | 1425 Pompton Avenue, Suite 2-2 |
| City/State/Zip: | Cedar Grove, NJ 07009 |
| Phone Number: | (973) 837-1861 |
| Fax Number: | (973) 837-9650 |
| Email Address: | anthonyscordo@msn.com |

is admitted to practice *pro hac vice* as counsel for the above named Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forwards the *pro hac vice* fee to the Clerk of Court.

Dated:  May 6, 2022
City, State: New York, NY

_____
U.S.D.J.