IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA ANN HARTKE, an individual on her own behalf and on behalf of the Estate of decedent Gilbert V. Hartke<br><br>*Plaintiff,*<br><br>v.<br><br>BONHAM'S & BUTTERFIELD'S AUCTIONEERS CORPORATION, A DELAWARE CORPORATION; THE CATHOLIC UNIVERSITY OF AMERICA, A NON-PROFIT DISTRICT OF COLUMBIA CORPORATION<br><br>*Defendants.* | Civil Action No.: 22-03571 |

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION WITH TEMPORARY RESTRAINING ORDER**

This matter having been opened to the court by plaintiff pursuant to Federal Rule of Civil Procedure 65, and the defendant having set forth in its Verified Complain with supporting memorandum of law that defendant Bonham's & Butterfield's ("Bonham's") is in possession of plaintiffs' personal property and has refused to return same and intends to conduct an auction on behalf of co-defendant The Catholic University of America ("Catholic University") with sale to the highest bidder on May 24, 2022; it is

ORDERED that the above-named defendants show cause before the Honorable _____, Courtroom _____, of the United States Courthouse, _____, New York New York , on the _____ day of May, 2022 at \_\_\_\_:\_\_\_\_ o'clock

in the _____ noon thereof or as soon thereafter as counsel can be heard, why an order should not be entered restraining and enjoining defendant Bonham's its officers, agents, servants, employees, and attorneys and those in acive concert of participation with them and any and all subsidiaries, parents, affiliates or divisions thereof during the pendency of this action from:

1. Selling, at auction on May 24, 2022 or otherwise, "An Important Costume worn by Judy Garland as Dorothy in the Wizard of Oz" (informally known as the "Dorothy dress");

2. Transferring, pledging, assigning or removing from its place of business or otherwise disposing of the Dorothy dress; and it is further

ORDERED that sufficient reason having been shown therefor, pending the hearing of plaintiff Barbara A. Hartke's application for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65, defendant Bonham's is temporarily restrained and enjoined from

3. Selling, at auction on May 24, 2022 or otherwise, "An Important Costume worn by Judy Garland as Dorothy in the Wizard of Oz" (known as the "Dorothy dress");

4. Transferring, pledging, assigning or removing from its place of business or otherwise disposing of the Dorothy dress; and it is further

ORDERED that no security be posted; and it is further

ORDERED that service of a copy of this Order to Show Cause, together with a copy of the papers upon which this Order is based, be made by service upon defendant Bonham's by personal service on or before ____:____ o'clock in the _____ noon of _____, 2022,

Dated: New York NY

May _____, 2022