IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

BARBARA ANN HARTKE, an individual
on her own behalf and on behalf of the Estate
of decedent Gilbert V. Hartke

*Plaintiff,*

v.

BONHAM'S & BUTTERFIELD'S
AUCTIONEERS CORPORATION, A
DELAWARE CORPORATION; THE
CATHOLIC UNIVERSITY OF AMERICA,
A NON-PROFIT DISTRICT OF
COLUMBIA CORPORATION

*Defendants.*

Civil Action No.: 22-03571

### ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION WITH TEMPORARY RESTRAINING ORDER

This matter having been opened to the court by plaintiff pursuant to Federal Rule of Civil Procedure 65, and plaintiff having set forth in its Verified Complaint with supporting memorandum of law that defendant Bonham's & Butterfield's ("Bonham's") is in possession of plaintiffs' personal property and has refused to return same and intends to conduct an auction on behalf of co-defendant The Catholic University of America ("Catholic University") with sale to the highest bidder on May 24, 2022; it is

ORDERED that the above-named defendants show cause before the Honorable Paul G. Gardephe , Courtroom    705   , of the United States Courthouse, 40 Foley Square , New York New York , on the 23rd day of May, 2022 at  11:00   o'clock

in the _____fore_ noon thereof or as soon thereafter as counsel can be heard, why an order should not be entered restraining and enjoining defendant Bonham's its officers, agents, servants, employees, and attorneys and those in active concert of participation with them and any and all subsidiaries, parents, affiliates or divisions thereof during the pendency of this action from:

1. Selling, at auction on May 24, 2022 or otherwise, "An Important Costume worn by Judy Garland as Dorothy in the Wizard of Oz" (informally known as the "Dorothy dress");

2. Transferring, pledging, assigning or removing from its place of business or otherwise disposing of the Dorothy dress; and it is further

ORDERED that sufficient reason having been shown therefor, pending the hearing of plaintiff Barbara A. Hartke's application for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65, defendant Bonham's is temporarily restrained and enjoined from

3. Selling, at auction on May 24, 2022 or otherwise, "An Important Costume worn by Judy Garland as Dorothy in the Wizard of Oz" (known as the "Dorothy dress");

4. Transferring, pledging, assigning or removing from its place of business or otherwise disposing of the Dorothy dress; and it is further

ORDERED that no security be posted; and it is further

ORDERED that service of a copy of this Order to Show Cause, together with a copy of the papers upon which this Order is based, be made by service upon the above-named Defendants by personal service on or before 5: 00 o'clock in the afternoon of May 16, 2022. Any opposition papers are to be filed and served by 5:00 p.m. on May 18, 2022. Any reply is to be filed by 5:00 p.m. on May 19, 2022.

Dated: New York, NY

May 16, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge