UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBARA ANN HARTKE, on behalf of herself and the Estate of Gilbert V. Hartke,

            Plaintiff,

-against-

BONHAMS & BUTTERFIELDS AUCTIONEERS CORPORATION and THE CATHOLIC UNIVERSITY OF AMERICA,

            Defendants.

**ORDER**

22 Civ. 3571 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      For the reasons stated today in open court, Plaintiff's motion for a preliminary injunction (Dkt. No. 6) is granted.

      During the pendency of this action, Defendants Catholic University of America and Bonhams & Butterfields Auctioneers Corporation, as well as their officers, agents, servants, employees, attorneys, those in active participation with them, and any and all subsidiaries, parents, affiliates, or divisions, are enjoined from:

1. selling the Dress, at auction on May 24, 2022, or otherwise; and
2. transferring, pledging, assigning, removing from a place of business, or otherwise disposing of the Dress.

Dated: New York, New York
      May 23, 2022

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge