UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBARA ANN HARTKE, on behalf of herself and the Estate of Gilbert V. Hartke,

          Plaintiff,

-against-

BONHAMS & BUTTERFIELDS AUCTIONEERS CORPORATION and THE CATHOLIC UNIVERSITY OF AMERICA,

          Defendants.

**ORDER**

22 Civ. 3571 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The initial pretrial conference, currently scheduled for July 21, 2022 (see Dkt. No. 5), will instead take place on **June 9, 2022 at 12:15 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       May 23, 2022

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge