

LOS ANGELES CA 900
24 MAY 2022 PM 9

USM4LD
SDNY

Hon. Paul Gardephe
U.S. District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York
New York 10007

10007-150728
Wizard of Oz Dress Case

23 May 2022

Dear Your Honor Gardephe,

I knew Mercy McCambridge as a close family friend from the time I was a young child until her death in 2004.

I have absolutely no personal interest in the matter of the Wizard of OZ dress case. However in the interest of fairness and truth, I respectfully suggest that you try to clarify how the dress came to be in Mercy's possession in the first place.

Sincerely,
Erika Sloane

ERIKA SLOANE