

MEMO ENDORSED
The Application is granted.
SO ORDERED:

*Paul S. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: July 11, 2022

July 6, 2022

BY CM/ECF
Hon. Judge Paul G. Gardephe
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Barbara Ann Hartke v. Bonhams & Butterfields Auctioneers, et al.*
           Case No. 1:22-cv-03571-PGG

Dear Judge Gardephe:

    We represent Defendant The Catholic University Of America in the above-referenced action. The parties to this action jointly write pursuant to your Individual Rule of Practice § I(D) to request a short extension to the current briefing schedule set forth in the June 17, 2022 docket entry setting Defendants' motions to dismiss (the "Motions") to be served by July 8, 2022. The primary reason for this request is because Counsel for Defendant Bonhams & Butterfields became seriously ill with Covid-19 shortly before the July 4 holiday.

    The parties will proceed with any extended briefing scheduled order by the Court, however, all the parties, on consent, propose a fourteen (14) day extension until July 22, 2022 for Defendants to serve their Motions, with Plaintiff to serve her Opposition papers by August 15, 2022, and Defendants to serve their Reply, if any, by August 31, 2022. The parties will not file their respective papers with the Court until the motion is fully briefed. No party has made any previous request for this deadline to be extended.

    Thank you for your attention to this matter.

                                                Respectfully,

                                                */s/ Shawn A. Brenhouse*
                                                Shawn A. Brenhouse

cc:    All parties entitled to notice (by CM/ECF)