IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| BARBARA ANN HARTKE, an individual on her own behalf and on behalf of the Estate of decedent Gilbert V. Hartke, | : : : : : : : : : : : : : : : : : : : | Civil Action: 22-cv-03571 (PGG) Hon. Paul G. Gardephe, U.S.D.J. |
| Plaintiff, | | |
| -against- | | |
| BONHAMS & BUTTERFIELDS AUCTIONEERS CORPORATION, A DELAWARE CORPORATION; THE CATHOLIC UNIVERSITY OF AMERICA, A NON-PROFIT DISTRICT OF COLUMBIA CORPORATION, | | File Date: July 22, 2022 |
| Defendants. | | |

---

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Joint Motion to Dismiss Plaintiff's Amended Complaint, Defendants Bonhams & Butterfields Auctioneers Corporation and The Catholic University of America, by and through their respective attorneys, will hereby move this Court, before the Honorable Paul G. Gardephe, U.S.D.J., at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, Courtroom 705, at a date and time directed by the Court, for an Order dismissing the Amended Complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) and for such other and further relief as deemed just and proper by this Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's July 11, 2022 Order (ECF No. 44), opposition papers, if any, must be filed on or before August 15, 2022 and

1

any reply shall be filed on or before August 31, 2022.

Dated: New York, New York
July 22, 2022

*s/ Shawn A. Brenhouse*
SHAWN A. BRENHOUSE
LOCKE LORD LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281
Telephone: (212) 415-8600
Facsimile: (212) 303-2754
*Attorneys for Defendant The Catholic University of America*, a *Non-Profit District Of Columbia Corporation*

*s/ Ross M. Bagley*
Ross McClintic Bagley
Pryor Cashman LLP
7 Times Square
New York, NY 10036
212-326-0874
*Attorneys for Defendant Bonhams & Butterfields Auctioneers Corporation, a Delaware Corporation*

To:

Anthony Scordo, Esq.
1425 Pompton Avenue-Suite 2-2
Cedar Grove, New Jersey 07009
*Attorney for Plaintiff*