# ANTHONY SCORDO, ESQ., PC

1425 POMPTON AVENUE-SUITE 2-2
CEDAR GROVE, NEW JERSEY 07009
TEL: 973-837-1861
FAX: 973-837-9650

*E-MAIL: anthonyscordo@msn.com

LL. M. IN ENVIRONMENTAL LAW

February 17, 2023

Hon. Paul G. Gardephe, U.S. District Judge
c/o US District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    *Re:* **Request for Case Case Management Conference**

       ***Barbara A. Hartke v. The Catholic University of America, Bonham & Butterfield's Auctioneer Corporation***
       ***Civ. No. 22-3571***

Dear Judge Gardephe:

  I represent plaintiff in the captioned matter. Presently pending about five months is defendants' joint motion to dismiss pursuant to Rule 12(b)(6). Discovery in this matter remains stayed until disposition of that joint motion. However, given the preliminary injunction presently in effect in this matter which has been in effect now for about nine months, and the advancing age of the plaintiff (she is 84

years of age) as well as key witnesses, I would respectfully request scheduling a case management conference to address possible lifting of the stay, at least partially. I understand that a number of district courts are dealing with backlogs due to the delays of the pandemic and the necessity of prioritizing the criminal docket, but losing what may amount to an entire year to prepare for trial has a level of unfairness to litigants seeking to properly preparation their cases.

                                        Respectfully submitted,

                                        s/ Anthony Scordo

                                        Attorney for plaintiff Barbara A. Hartke

AS/al