**ANTHONY SCORDO, ESQ., PC**
1425 POMPTON AVENUE-SUITE 2-2
CEDAR GROVE, NEW JERSEY 07009
TEL: 973-837-1861
FAX: 973-837-9650

*E-MAIL: anthonyscordo@msn.com
LI. M. IN ENVIRONMENTAL LAW

November 14, 2023

Hon. Paul G. Gardephe, U.S. District Judge
c/o US District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Re:*  **SECOND NOTICE PURSUANT TO COURT'S RULE OF PRACTICE IV.H.**

> *Barbara A. Hartke v. The Catholic University*
> *of America, Bonham &*
> *Butterfield's Auctioneer*
> *Corporation*
> *Civ. No. 22-3571*

Dear Judge Gardephe:

    I represent plaintiff Barbara A. Hartke in the captioned matter. Pursuant to Your Honor's Individual Rule of Practice IV. H., I would respectfully remind the Court that it has failed to decide within 90 days defendants' joint motion to dismiss the Complaint under Rule 12(b)(6) which was fully submitted in September 2022. The last notice submitted pursuant to this Rule was over 90 days ago.

        Respectfully submitted,

        s/ Anthony Scordo

        Attorney for plaintiff Barbara A. Hartke

AS/al