# ANTHONY SCORDO, ESQ., PC

1425 POMPTON AVENUE-SUITE 2-2
CEDAR GROVE, NEW JERSEY 07009

69 EAST ALLENDALE ROAD
SADDLE RIVER NJ 07458
TEL: 973-837-1861
FAX: 973-837-9650

*E-MAIL: anthonyscordo@msn.com

ADMITTED TO PRACTICE IN N.J. AND N.Y.
LL. M. IN ENVIRONMENTAL LAW

December 18, 2023

By CM/ECF
Hon. Paul G. Gardephe, U.S.D.J.
US District Court, Southern District of New York
500 Pearl St.
New York NY 10007

**Re:   Barbara Ann Hartke v. Bonham's & Butterfield's Auctioneers,
       Case No. 1:22-cv-03571**

Dear Judge Gardephe:

   I am writing on behalf of plaintiff to request an extension of the two deadlines of December 20, 2023 until January 3, 2023 to move for leave to file an amended complaint as well as brief pertaining to continuation of preliminary restraints. Respectfully, I have had difficulty communicating with my 82-year-old client living in Wisconsin preparing and executing necessary documentation, as well as in updating record with her counsel in the District of Columbia probate action. Personally, I have a deadline to file a brief in the Fourth Circuit Court of Appeals and my paralegal is on vacation this week.
   Both defendants have courteously indicated to me that they do not oppose this extension.

   Thank you for Your Honor's consideration.

                                          Respectfully submitted,
                                          s/Anthony Scordo

                                          Anthony Scordo

AS/al
Enc.
Cc: All parties via CM/ECF