IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA ANN HARTKE, an individual on her own behalf and on behalf of the Estate of decedent Gilbert V. Hartke<br><br>*Plaintiff,*<br><br>v.<br><br>BONHAM'S & BUTTERFIELD'S AUCTIONEERS CORPORATION, A DELAWARE CORPORATION; THE CATHOLIC UNIVERSITY OF AMERICA, A NON-PROFIT DISTRICT OF COLUMBIA CORPORATION<br><br>*Defendants.* | Civil Action No.: 22 civ. 3571 |

## MOTION TO AMEND COMPLAINT AND FILE SECOND AMENDED COMPLAINT IN PROPOSED FORM

Pursuant to Federal Rule of Civil Procedure 15, Plaintiff Barbara Ann Hartke, on behalf of the Estate of Gilbert V. Hartke, by and through undersigned counsel, respectfully moves before this Court for an Order permitting filing of a Second Amended Verified Complaint with Exhibits in the proposed form as attached hereto. Plaintiff shall rely upon the arguments set forth in her Brief in support of this motion and seeking continuation of preliminary restraints presently in effect.

Dated:  January 2, 2024         s/ Anthony Scordo

_____
Anthony Scordo

Attorney for Plaintiff Barbara Ann Hartke

CERTIFICATION OF SERVICE

I, Anthony Scordo, being of full age hereby certifies as follows:

1. I am the attorney for plaintiff, Barbara Ann Hartke, with respect to the above referenced matter.

2. On this day, I electronically filed the following documents via ecf:

   a. Motion to Amend Complaint with proposed form attached.
   b. Brief in support of motion and in support of continuation of preliminary injunction.

3. I also sent by regular mail a courtesy copy upon Hon. Paul G. Gardephe, USDJ in chambers.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and that if any of the foregoing statements are false, I am subject to punishment.

s/ Anthony Scordo

Dated: January 2, 2024         _____
ANTHONY SCORDO