Barbara Ann Hartke

January 2, 2024

In the United States District Court for the Southern District of New York (SDNY)
Affidavit of Barbara Ann Hartke

I, Barbara Ann Hartke, residing in Wisconsin, do solemnly affirm and declare the following statements as true to the best of my knowledge and belief:

1. I am the niece of Reverend Gilbert V. Hartke O.P., affectionately known to me as "Uncle Gib," and I am an applicant acting as the representative in the matter of Hartke v. Catholic University of America and Bonhams Auction House.

2. This affidavit is based upon information, belief, my experience, interactions, and discussions and meetings with my uncle over decades, as well as discussions among the family about Uncle Gib. As the founder of CUA Drama Department, founder of the National Players, and managing two summer stock theatres Uncle Gib was constantly in the media.

2.1. He was a friend of House Speaker Tip O'Neill, and his discussions with friends and our family in Chicago during his many visits over the years were prevalent.

2.2. Most of the family had settled in Wilmette and Chicago, including his only sister, Bernice Hartke ("Aunt Ber").

Exhibit 11A

attended the same parish and parish school as my paternal grandparents, my father, and Uncle Gib. I grew up close to my grandfather's well-known pharmacy, located not far from Essay Studios where Uncle Gib worked as a child actor.

3. The Hartke family was considered wealthy. My grandmother Lillian Ward Hartke was the sole heiress of a Pittsburg banking family. My grandfather owned and operated a very successful family pharmacy on Chicago's near north side. My father, Eugene Alexander Hartke Senior, graduated from Loyola Academy in 1923 and went on to attend Georgetown University, was the older brother of Uncle Gib, a charismatic and larger-than-life personality.

3.1. Family was the most important thing to Uncle Gib, and anyone under his charge always felt as though they were 'family'.

4. My Uncle Gib placed great importance on family (see Exhibit U), and to him, family was not just a concept but a feeling of caring and love.

4.1. The legacy of being a member of the Hartke family in Chicago was something he cherished deeply; his personal belongings are unique, irreplaceable, and a part of our family history.

4.2. He is seen wearing part of his baptismal gown (Exhibit U) with his family.

5. Uncle Gib forged a familial bond with the students in the drama department at CUA, with students considering themselves part of "Father Hartke's family" or "Father Hartke's kids."

made each student feel like the most important person.

6. One distinctive possession of Uncle Gib was a unique mode of transportation — a light blue Cadillac limousine (see Exhibit S).

6.1. This vehicle, often driven by his students acting as chauffeurs, became synonymous with Uncle Gib's flamboyant style, his panache, and his custom-made garments from a famous DC tailor (see exhibits A, B, G, K, N, O, P, Q, R, and T).

6.2. The Cadillac limousine was provided to facilitate God's work, enabling Uncle Gib to take students out for ice cream, to Capitol Hill, and to various political and school-related functions. Its light blue color matched the robes of the Blessed Mother, symbolizing Uncle Gib's deep spiritual connection.

7. Uncle Gib, a showman in his own right, possessed distinctive personal items reflecting his unique taste and style.

7.1. Reports suggest a particular fondness for a copper crucifix, reportedly grasped in his hand at the time of his passing. This crucifix held personal significance throughout his life, and it was reported and understood in the family.

8. As a Catholic priest, Uncle Gib owned ceremonial items, including a personally engraved 18-carat gold chalice inscribed with his name (given reportedly by the first lady of the U.S. theatre Helen Hayes) and used when he celebrated mass, especially when he traveled to Chicago.

9. Uncle Gib was renowned for his distinguished wardrobe, comprising fine, custom-made suits and custom French cuff shirts (see A, B, G, K, N, O, P, Q, R, and T).

Hartke family heirlooms, gifted to Uncle Gib by my Great-grandfather Emil Hartke, adding an elegant touch to his attire.

10. Whenever I met him or saw his photos, he always wore a nice expensive watch — a Patek Philippe or a Rolex (see Exhibit A).

10.1. In fact, Uncle Gib had an expensive European watch collection. He had the panache of a movie executive, a Barrymore profile, and a booming voice. He was the center of attention and literally knew everyone in DC, seen as the most well-known Dominican in the US at the time.

11. The priest received various tokens of appreciation, including gold-engraved bracelets (see Exhibit C and F) and gold signet rings (Exhibit R), demonstrating the sentimental value and testament to the connections he formed throughout his life.

12. Uncle Gib was given a uniform by the U.S. Department of Defense (DOD) for his service during WWII when he served as a chaplain.

12.1. He also helped with entertainment and the production of educational and propaganda materials and training films for the U.S. Army. Uncle Gib kept the uniform and the insignia from the DOD for the remainder of his life (see Exhibit E and Exhibit I).

13. As a charismatic figure, Uncle Gib received gifts from various individuals, enhancing the mystique surrounding his personality.

14. Uncle Gib's possessions included items of sentimental value, such as a fur coat (Exhibit H) and a fur military hat from Central Europe (Exhibit H), a French beret (according to family lore reportedly a gift to Gib from Salvador Dali, see Exhibit H), and

and wardrobe.

15. Uncle Gib's Bible, given to him by his mother Lillian Ward Hartke with an inscription to her son, which he kept with him his whole life (Exhibit P).

15.1. A Rolex watch (Exhibit P), a family gift given to him upon his ordination with an inscription (Exhibit P), and family heirloom cufflinks (Exhibit P).

16. A badge given to him as the Grand Marshall of the District of Columbia St. Patrick's Day Parade (Exhibit Q) and a Cartier pen (Exhibit Q and Exhibit O).

17. At the time of his death, Uncle Gib had in his possession a miniature bronze Reverend Gilbert V. Hartke bronze bust and Reverend Gilbert V. Hartke bronze coin (see Exhibit V).

I declare the foregoing is true and correct to the best of my knowledge and belief.

_____
Barbara Ann Hartke

Signed this 2nd day of January 2024