# Father Hartke - Exhibits







Exhibit: C

Exhibit: D









Exhibit: H



