

Exhibit: K



Exhibit: L













14









**Exhibit V**: Pictured Left to Right: Older Brother Joseph Hartke, Gilbert Hartke, Gilbert's father Emil Hartke, and claimant Barbara Hartke's father, Eugene A. Hartke, Gilbert's older brother.

18

