# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

## PROBATE DIVISION

Estate of _____   1986 _____ ADM  001663

Gilbert V. Hartke _____ Age 79 _____   (Link to _____ WIL _____)

Deceased

### PETITION FOR PROBATE

(For decedents dying on or after January 1, 1981 through June 30, 1995)

D.C. Code, sec. 20-303(b), states the following:

☒ Petition for Abbreviated Probate   ☐ Petition for Standard Probate

☐ Appointment of Personal Representative(s)   ☐ Appointment of Co-Personal Representative(s)

☒ Appointment of Successor Personal Representative(s)   ☐ Appointment of Special Administrator(s)

The Petition of:

Barbara A. Hartke _____ 81 _____   705 South Lakeshore Dr. Lake Geneva _____
Name                          Age                                                                Address

_____  _____   Wisconsin 53147 _____
Name                          Age                                                                Address

_____  _____   _____
Name                          Age                                                                Address

hereinafter "petitioner" being a citizen of the United States or a lawfully admitted permanent resident thereof, of legal age, and not otherwise excluded from acting as personal representative pursuant to

1. Gilbert V. Hartke _____ residing at 487 Michigan Ave. NE Wash. D.C. 20017 _____, the decedent, a domiciliary of the District of Columbia _____, the decedent, a domiciliary died at Georgetown University Hospital _____

on March 21, 1986 _____ (with) (without) a will

2. Petitioner is entitled to be appointed personal representative of the decedent's estate under D.C. Code, sec. 20-303 for the following reasons: Petitioner is the Niece of Decedent. Petitioner is currently challenging/litigating the ownership of an estate asset claimed by previous Person. Rep.

3. The court has jurisdiction in this matter because —

☒ the decedent died domiciled in the District of Columbia

☐ other — please state basis for jurisdiction _____

4. There are no other proceedings regarding the administration of the estate except  Petitioner seeks to re-open the estate after discovery of an asset. _____

5. The petitioner has made a diligent search for wills and codicils of the decedent, and, to the best knowledge of the petitioner, the will dated N/A _____

dated _____ accompanying this petition (is) (are) the decedent's last will, and petitioner knows of no later will or codicil, and said will and codicil(s), if any, came into petitioner's hands in the following manner:  N/A

6. All information required pursuant to D.C. Code, sec. 20-304(a) has been furnished except N/A

September 2010 - 1109.10.v1

**The decedent was survived by - (please check appropriate boxes)**

a. ☐ Spouse  ☒ No spouse. Check appropriate box and go to b.

b. ☐ Children.  ☐ Descendants of predeceased children. If so, stop here; if not, go to c.

c. ☐ Grandchildren.  ☐ Descendants of predeceased grandchildren. If so, stop here; if not, go to d.

d. ☐ Parents. If so, stop here; if not go to e.

e. ☐ Brothers and/or Sisters.

f. ☒ Nieces and/or Nephews.  ☐ Descendants of predeceased brothers and/or sisters. If so, stop here; if not, go to f.

g. ☐ Uncles and/or Aunts. If so, stop here; if not, go to h.  ☐ Descendants of predeceased nieces and/or nephews. If so, stop here; if not, go to g

h. ☐ First cousins. If so, stop here; if not, go to h.

i. ☐ Grandparents. If so, stop here; if not, go to i.

j. ☐ Other heirs. If none, go to k.

k. ☐ Notify Office of the Attorney General, Chief of the Civil Enforcement Section, 441 4th Street, N.W., Washington, DC 20001.

**LIST OF INTERESTED PERSONS** must include names of heirs if decedent died intestate; heirs and legatees, including trustees and all named Personal Representatives, if the decedent died testate. Refer to D.C. Code, sec. §19-301 through 312 and 20-101(d)(1). If under age of 18 or an adult who is legally disabled, also list as an interested person the judicially appointed guardian, conservator or committee for such person. If no judicially appointed representative exists then list the parent or custodian or an attorney-in-fact, if any, for such person (subject to the terms of the power of attorney) or any other person with legal authority to act for such disabled person.

Note: If each trustee is also a petitioning party or acting personal representative, list all beneficiaries under trust. Refer to D.C. Code, sec. 20-101(g). Any creditor of the decedent, including those persons whose rights accrue at the time of death, who has timely presented a claim in excess of $500 that has not been barred or discharged is also an interested person. Petitioner(s) should update list of interested persons or creditors with claims in excess of $500 as they become known.

Indicate, when applicable, grandchildren and nieces and nephews by family groups by showing the name of their deceased parent who was related to the decedent.

Sample:

Joe Petitioner          1234 Hexagon Street, N.W.          Son/heir/legatee/petitioner
                        Washington, D.C. 20000

| Interested persons | Address | Relationship (Age, if under 18) |
|---|---|---|
| See Continuation Sheet over | | |

(Use continuation sheet if necessary)
**WITNESSES TO WILLS/CODICILS (Names)**

N/A

September 2010 – 1108.10.v1

The Estate of Gilbert V. Hartke—Deceased

Eugene Hartke (DECEASED)
Edna T. Hartke (DECEASED)
Barbara A. Hartke 705 South Lakeshore Dr. #2H Lake Geneva Wisconsin 53147.
Niece/heir/petitioner
Inez Kuipers Bucher  (Unknown—Possibly deceased)
        niece/heir

Kathrine Faith Prior      DECEASED 2000                                              listed creditor
The Art and Music Exchange   235 Gallatin St. NW, WDC                              listed creditor

**Character, Location and Estimated Value of Property Titled in Decedent's Name:**

| | Estimated Value |
|---|---|
| **A. Real Property** located in the District of Columbia | |
| NONE | Total $0.00 |
| **B. Personal Property** located in the District of Columbia and other jurisdictions | |
| B1. Value of household furniture, automobiles, furnishings, appliances and personal effects | $ 0.00 |
| B2. Value of all other personal property | $ 800,000 |
| **Heir/petitioner discovered an asset of the Estate— "Wizard of Oz dress" from the film *The Wizard of Oz*. (See article attached).** | |
| Personal Property Total | Total $ 800,000 |
| **C. (A+B)** | Total $ 800,000 |

**D. Debts and Funeral Expenses**
Debts secured: **Unknown**

☐ Debts Unsecured: **Unknown**    Total $ _____

Funeral Expenses:
☐ Paid by: **Unknown** _____ name    Total $ _____

Unpaid **Unknown**    Amount paid $ _____

**Inheritance taxes,** if the decedent died prior to April 1, 1987. Only on personal property under control of personal representative.    Total $ _____

September 2010 — 1100.10.v1

*The Real Liberation of 'Wizard of Oz' Dress Amid Ownership Battle*

A blue-and-white dress worn by Judy Garland is the subject of a dispute between Catholic University and the family of its former drama chairman.

By Eduardo Medina
May 23, 2022

A federal judge on Monday blocked Catholic University from auctioning off a memorable white-and-blue dress worn by Judy Garland in "The Wizard of Oz" after a Wisconsin woman filed a lawsuit claiming she was the rightful owner of the gingham pinafore garment.

Judge Paul G. Gardephe of U.S. District Court in Manhattan granted a preliminary injunction a day before the dress was scheduled to be auctioned in Los Angeles, where it had been expected to sell for more than $1 million. Catholic University had planned to use that money to endow a new faculty position in the Rome School of Music, Drama and Art.

Judge Gardephe ruled that the dress could not be sold by Catholic University until the lawsuit was resolved. Both sides are set to meet in court on June 9.

In the lawsuit, filed earlier this month, Barbara Ann Hartke claims the dress belonged to the estate of her uncle, the Rev. Gilbert Hartke, who was once chairman of the university's drama department and received the dress as a gift in 1973 from the Academy Award-winning actress Mercedes McCambridge, who was also an artist in residency at the university.

Ms. McCambridge had "specifically and publicly" given the dress to Mr. Hartke as a demonstration of gratitude for "helping her battle alcohol substance abuse," the lawsuit states.

Mr. Hartke died in 1986, and Ms. Hartke says she is his closest living heir.

The lawsuit states that Ms. McCambridge was a "close confidant" of Ms. Garland, but it is unclear exactly how she obtained the dress.

The university has contended that the dress was a gift from Mr. Hartke, and that it was his wish for it to be kept within the institution.

Shawn Brenhouse, a lawyer for Catholic University, said in a statement on Monday night that the judge's decision "was preliminary and did not get to the merits of Barbara Hartke's claim to the dress."

"We look forward to presenting our position, and the overwhelming evidence contradicting Ms. Hartke's claim, to the court in the course of this litigation," Mr. Brenhouse said.

Anthony Scordo III, a lawyer for Ms. Hartke, did not immediately respond to an email seeking comment on Monday night.

The fragile dress has become legend ever since Ms. Garland wore it in the Technicolor classic in 1939, complementing the plaid look with ruby-red slippers sought by the Wicked Witch. Ms. Garland wore several versions of the dress, but only one other is known to still exist. It was sold in 2012 by Julien's Auctions for $480,000. In 2015, it sold again for nearly $1.6 million.

The location of the second dress had been a mystery until it was found by chance last year in a shoe box, inside a bag, sitting on top of faculty mailboxes, Matt Ripa, a lecturer and operations manager at the drama school, found the bag when he was cleaning up the area in preparation for renovations of the Hartke Theater.

The Smithsonian's National Museum of American History helped authenticate the dress, which includes a fitted bodice, a high-necked blouse and a full skirt, with a fabric label inside inscribed "Judy Garland 4223."

Ms. Hartke claims in her lawsuit that her family was never made aware of the discovery by the university. They had known a dress existed, and were surprised to read headlines about preparations to auction it off "without any compensation to its rightful owners," the lawsuit states.

"There is no documentation demonstrating that" Mr. Hartke ever donated the dress to Catholic University, according to the lawsuit.

**WHEREFORE,** the petitioner prays that petitioner(s) be appointed personal representative(s) of the decedent's estate in (abbreviated) (detailed) probate proceeding, and that the (court find that the decedent died intestate) (will dated _____ and codicil(s) dated _____

admitted to probate and record) and that the additional relief be granted:

Respectfully request the Estate be re-opened

_____

## DECLARATION OF PETITIONER

I do solemnly declare and affirm under the penalty of law that the contents of the foregoing petition are true and correct to the best of my knowledge, information and belief.

☒ I am a member of the D.C. bar and hereby guarantee court costs.

| | |
|---|---|
| X _____ | (262) 220-5484 |
| Signature of Attorney | Telephone |

Rodney C. Mitchell
Typed Name of Attorney

1050 30th Street NW
Attorney's Address

Wash. D.C. 20007

(202) 210-1223
Telephone Number

489439
Unified Bar Number

rodney@mitchellcclaw.com
E-mail address (optional)

| | |
|---|---|
| X _____ | _____ |
| Signature of Petitioner | Telephone |

| | |
|---|---|
| _____ | _____ |
| Signature of Petitioner | Telephone |

## ACCEPTANCE AND CONSENT OF EACH PERSONAL REPRESENTATIVE

I do hereby accept the duties of the office of personal representative of the estate of _____ deceased, and

Gilbert V. Hanks

consent to personal jurisdiction in any action brought in the District of Columbia against me as personal representative or arising from the duties of the office of personal representative pursuant to

D.C. Code, sec. 20-501.

| |
|---|
| X _____ |
| Signature of Petitioner |

| |
|---|
| _____ |
| Signature of Petitioner |

September 2010 — 1103.10.v1

# POWER OF ATTORNEY

## To be Executed by Each Non-resident Personal Representative

Pursuant to D.C. Code, sec. 20-303(b)(7), I do hereby irrevocably appoint the Register of Wills and successors in office as the person upon whom all notices and process issued by a competent court in the District of Columbia may be served with the same effect as personal service in relation to all suits or matters pertaining to the estate in which the letters are to issue.

_____
(Signature)

705 South Lakeshore Dr. #2H, Lake Geneva
_____
Address (Actual address/not Post Office Box)

Wisc. 53147

_____
(Signature)

_____
Address (Actual address/not Post Office Box)

_____
(Signature)

_____
Address (Actual address/not Post Office Box)

PROBATE DIVISION

1986 _____ ADM _ 001663 _____

Estate of

GILBERT V. HARTKE _____

Deceased

Age _79_ _____

## Abbreviated Probate Order

(For estates of decedents dying on or after January 1, 1981 through June 30, 1995)

Upon consideration of the petition for abbreviated probate, acceptance and consent of each personal representative, a power of attorney by each non-resident, and a (general) (nominal) bond in the amount of _____ , all having been filed herein, it is this _____ day of _____ , 20 _____ ,

ORDERED, that the bond heretofore filed is approved, and _Barbara A. Hartke_

_____ (is) ~~(are)~~ appointed personal representative~~(s)~~ of the estate of

_Gilbert V. Hartke_ _____ , deceased, and it is further,

~~ORDERED, that the will dated~~ _____ and ~~codicil(s) dated~~

_____

~~record as the last will and testament of the aforesaid decedent, and it is further.~~

ORDERED, that

☐ the sum of $10,000 is hereby allowed from the personal estate to

_____ as surviving spouse and/or custodian of decedent's

minor child(ren) in accordance with law.

☐ Provided that the said personal representative(s) shall file an additional bond in an amount to be fixed by the Court before accepting assets in excess of the stated amount.

_____

JUDGE

cc: Include Attorney of Record and Personal Representative.
Rodney C. Mitchell
1050 30th Street, NW
Wash. D.C. 20007

Barbara A. Hartke
705 South Lakeshore Dr. #2H
Lake Geneva, Wisc. 53147

September 2010 — 100B3.16.v1

**Personal Identification Information (Form 26)**

1986 _____   ADM UU16b3 _____
         INT/IDD _____
            SEB _____
            GDN _____

Estate of GILBERT V. HARTKE _____
                    decedent/minor/adult   ward/custodian

| Name/ Relationship To Case | Address | Telephone Number | Date of Birth | Driver's License | Social Security Number |
|---|---|---|---|---|---|
| Eugene Hartke DECEASED | | | | | |
| Edna T. Harke DECEASED | | | | | |
| Barbara A. Hartke neice/ heir/petitioner | 705 South Lakeshore Dr. #2H, Lake Geneva, Wisc. 53147 | (262) 220-5484 | TBD | TBD | TBD |
| Inez Kuipers Bucher neice/heir | Unknown– possibly deceased | TBD | TBD | TBD | TBD |
| Katherine Faith Prior creditor | DECEASED | | | | |
| The Art and Music Exchange creditor | 235 Gallatin St. NW WDC 20011 | TBD | TBD | TBD | TBD |

Driver's license, birthdates and Social Security numbers will be recorded in a secure Court database and the information will be available only to authorized Court personnel, unless otherwise included in the public record.

June 2012 – 115.10.v2

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
PROBATE DIVISION

1986 _____ ADM _001663_

GILBERT V. HARTKE
_____
Name of Decedent

Rodney C. Mitchell
_____

1050 30th Street, NW
_____

Washington, DC 20007
_____
Name and Address of Attorney

## Notice of Appointment, Notice to Creditors and Notice to Unknown Heirs

Barbara A. Hartke
_____, whose

address(es) (is/are) 705 South Lakeshore Dr. # 2H Lake Geneva Wisc. 53147
_____

(was/were) appointed Personal Representative(s) of the estate of
Gilbert V. Hartke _____ who died on _Feb. 21 1986_

(with/without) a Will and will service (with/without) Court supervision. All unknown heirs and heirs whose whereabouts are unknown shall enter their appearance in this proceeding. Objections to such appointment (or to the probate of decedent's Will) shall be filed With the Register of Wills, D.C., Building A, 515 5th Street, N.W., 3rd Floor, Washington, D.C. 20001, on or before

_____. Claims against the decedent shall be presented to the undersigned with a copy to the Register of Wills or filed with the Register of Wills with a copy to the undersigned, on or before _____, or be forever barred. Persons believed to be heirs or legatees of the decedent who do not receive a copy of this notice by mail within 25 days of its publication shall so inform the Register of Wills, including name, address and relationship.

Date of first publication:
_____

Name of newspaper and/or periodical:

DWLR
_____

DC Jewish Weekly
_____

_____
To be signed by Personal Representative(s)

(262) 220-5484
_____
Telephone Number of Personal
Representative(s)

TRUE TEST COPY

_____
Register of Wills

Maca 2012 — 124.10.v2

**Personal Identification Information (Form 26)**

1986 ADM 001663

1986 _____ ADM 001003
_____ INT/IDD _____
_____ SEB _____
_____ GDN _____

Estate of GILBERT V. HARTKE _____
decedent/minor/adult  ward/custodian

| Name/ Relationship To Case | Address | Telephone Number | Date of Birth | Driver's License | Social Security Number |
|---|---|---|---|---|---|
| Eugene Hartke DECEASED | | | | | |
| Edna T. Harke DECEASED | | | | | |
| Barbara A. Hartke neice/ heir/petitioner | 705 South Lakeshore Dr. #2H, Lake Geneva, Wisc. 53147 | (262) 220-5484 | TBD | TBD | TBD |
| Inez Kuipors Bucher neice/heir | Unknown-- possibly deceased | TBD | TBD | TBD | TBD |
| Katherine Faith Prior creditor | DECEASED | | | | |
| The Art and Music Exchange creditor | 235 Gallatin St. NW WDC 20011 | TBD | TBD | TBD | TBD |

Driver's license, birthdates and Social Security numbers will be recorded in a secure Court database and the information will be available only to authorized Court personnel, unless otherwise included in the public record.

June 2012 – 115.10.v2