Barbara A. Hartke
705 S. Lakeshore Dr. #2H
Lake Geneva, WI 53147
Petitioner pro se

SUPERIOR COURT OF THE DISTRICT
OF COLUMBIA

ESTATE OF GILBERT V. HARTKE

:
:
:
:
:
:
:

1986 ADM 001663

ORDER TO SHOW CAUSE FOR
APPOINTMENT OF SPECIAL
ADMINISTRATOR TO PRESERVE
AND RECOVERY POSSESSION OF
PROPERTY OF THE ESTATE
PURSUANT TO RULE 118

:

THIS MATTER being brought before the Court ▮▮▮▮▮▮ petitioner Barbara A, Hartke, seeking relief by way of Order to Show Cause, and the Court having reviewed the proposed application submitted as well as the Affidavit of Petitioner with Exhibits, and the Court having determined that petitioner has demonstrated the probability of irreparable harm to the Estate if disposition of the application is not treated as an emergent matter and the relief sought granted, and for good cause shown.

IT IS on this _____ day of _____, 2023;

ORDERED that all interested persons as set forth in the petition and otherwise appear and show cause before the Superior Court of the District of Columbia, Probate Division at 9 o'clock in the forenoon or as soon thereafter as counsel can be heard, on the _____ day of December, 2023, why an order should not be issued

Estate of

Gilbert V. Hartke _____ Age 79 _____

_____
Deceased

_____ 1986 _____ ADM _001663_

_____ WIL _____

(Link to _____ )

## PETITION FOR PROBATE

(For decedents dying on or after January 1, 1981 through June 30, 1995)

☐ Petition for Abbreviated Probate          ☐ Petition for Standard Probate

☐ Appointment of Personal Representative(s)          ☐ Appointment of Co-Personal Representative(s)

☐ Appointment of Successor Personal Representative(s)          ☒ Appointment of Special Administrator(s)

The Petition of:

| | | |
|---|---|---|
| Barbara A. Hartke | 81 | 705 S.Lakeshore Dr.,Lake Geneva WI 53147 |
| Name | Age | Address |
| _____ | _____ | _____ |
| Name | Age | Address |
| _____ | _____ | _____ |
| Name | Age | Address |

hereinafter "petitioner" being a citizen of the United States or a lawfully admitted permanent resident thereof, of legal age, and not otherwise excluded from acting as personal representative pursuant to D.C. Code, sec. 20-303(b), states the following:

1. Gilbert V. Hartke _____, the decedent, a domiciliary
   of District of Columbia residing at 487 Michigan Ave., NE Washington DC 20017
   died at Georgetown Univ. Hosp. _____ (with) (without) a will.
   on March 21, 1986

2. Petitioner is entitled to be appointed personal representative of the decedent's estate under D.C. Code, sec. 20-303 for the following reasons: Niece of decedent challenging ownership from unrelated person

3. The court has jurisdiction in this matter because —
   ☒ the decedent died domiciled in the District of Columbia
   ☐ other — please state basis for jurisdiction _____

4. There are no other proceedings regarding the administration of the estate except Petitioner has filed to be appointed as personal representative but seeks to preserve asset awaiting disposition.

5. The petitioner has made a diligent search for wills and codicils of the decedent; and, to the best knowledge of the petitioner, the will dated n/a and codicil(s)
   dated _____ accompanying this petition (is) (are) the
   decedent's last will, and petitioner knows of no later will or codicil, and said will and codicil(s), if
   any, came into petitioner's hands in the following manner: _____

6. All information required pursuant to D.C. Code, sec. 20-304(a) has been furnished except n/a

_Exh. "B"_

September 2010 – 110B.10.v1

b. ☐ Children.

c. ☐ Grandchildren.

   ☐ Descendants of predeceased grandchildren. If so, stop here; if not, go to d.

d. ☐ Parents. If so, stop here; if not go to e.

e. ☐ Brothers and/or Sisters.

   ☐ Descendants of predeceased brothers and/or sisters. If so, stop here; if not, go to f.

f. ☒ Nieces and/or Nephews.

   ☐ Descendants of predeceased nieces and/or nephews. If so, stop here; if not, go to g

g. ☐ Uncles and/or Aunts. If so, stop here; if not, go to h.

h. ☐ First cousins. If so, stop here; if not, go to i.

i. ☐ Grandparents. If so, stop here; if not, go to j.

j. ☐ Other heirs. If none, go to k.

k. ☐ Notify Office of the Attorney General, Chief of the Civil Enforcement Section, 441 4th Street, N.W., Washington, DC 20001.

**LIST OF INTERESTED PERSONS** must include names of heirs if decedent died intestate; heirs and legatees, including trustees and all named Personal Representatives, if the decedent died testate. Refer to D.C. Code, sec. §19-301 through 312 and 20-101(d)(1). If under age of 18 or an adult who is legally disabled, also list as an interested person the judicially appointed guardian, conservator or committee for such person. If no judicially appointed representative exists then list the parent or custodian or an attorney-in-fact, if any, for such person (subject to the terms of the power of attorney) or any other person with legal authority to act for such disabled person.

Note: If each trustee is also a petitioning party or acting personal representative, list all beneficiaries under trust. Refer to D.C. Code, sec. 20-101(g). Any creditor of the decedent, including those persons whose rights accrue at the time of death, who has timely presented a claim in excess of $500 that has not been barred or discharged is also an interested person. Petitioner(s) should update list of interested persons or creditors with claims in excess of $500 as they become known.

**Indicate, when applicable, grandchildren and nieces and nephews by family groups by showing the name of their deceased parent who was related to the decedent.**

Sample:
Joe Petitioner       1234 Hexagon Street, N.W.       Son/heir/legatee/petitioner
                  Washington, D.C. 20000

| **Interested persons** | **Address** | **Relationship (Age, if under 18)** |
|---|---|---|

See continuation sheet

(Use continuation sheet if necessary)
**WITNESSES TO WILLS/CODICILS (Names)**

September 2010 – 110B.10.v1

**A. Real Property** located in the District of Columbia

Total $ _____ 0.00

**B. Personal Property** located in the District of Columbia and other jurisdictions

B1. Value of household furniture, automobiles, furnishings, appliances and personal effects

$ _____ 0.00

B2. Value of all other personal property

$ _____ 800,000.00

Personal Property Total

Total $ _____ 800,000.00

**C. (A+B)**

Total $ _____ 800,000.00

**D. Debts and Funeral Expenses**
Debts secured:

Total $ _____ n/a

Debts Unsecured:

Total $ _____

Funeral Expenses:
☐ Paid by _____ name

Amount paid $ _____

☐ Unpaid

Total $ _____ 0.00

**Inheritance taxes,** if the decedent died prior to April 1, 1987. Only on personal property under control of personal representative.

September 2010 – 110B.10.v1

decedent died intestate) (will dated n/a _____ and codicil(s) dated _____

_____, exhibited with the petition be

admitted to probate and record) and that the additional relief be granted:

Petitioner be appointed special administrator on an emergency basis by Court on application for hearing

to be scheduled pursuant to Order to Show Cause requested pursuant to Probate Rule 118 seeking

recovery of possession of property.

## DECLARATION OF PETITIONER

I do solemnly declare and affirm under the penalty of law that the contents of the foregoing petition

are true and correct to the best of my knowledge, information and belief.

☒ I am a member of the D.C. bar and hereby guarantee court costs.

_____
Signature of Petitioner          (202) 220-5484
                                 Telephone

_____
Signature of Attorney

Rodney C. Mitchell
Typed Name of Attorney

_____
Signature of Petitioner          _____
                                 Telephone

1050 30th St, NW
Attorney's Address

Washington DC 20007

_____
Signature of Petitioner          _____
                                 Telephone

202 210 1223
Telephone Number

489239
Unified Bar Number

rodney@mitchelldclaw.com
E-mail address (optional)

## ACCEPTANCE AND CONSENT OF EACH PERSONAL REPRESENTATIVE

I do hereby accept the duties of the office of personal representative of the estate of Gilbert V. Hartke

_____, deceased, and

consent to personal jurisdiction in any action brought in the District of Columbia against me as

personal representative or arising from the duties of the office of personal representative pursuant to

D.C. Code, sec. 20-501.

X _____
Signature of Petitioner

_____
Signature of Petitioner

September 2010 – 110B.10.v1

**POWER OF ATTORNEY**

**To be Executed by Each Non-resident Personal Representative**

Pursuant to D.C. Code, sec. 20-303(b)(7), I do hereby irrevocably appoint the Register of Wills and successors in office as the person upon whom all notices and process issued by a competent court in the District of Columbia may be served with the same effect as personal service in relation to all suits or matters pertaining to the estate in which the letters are to issue.

_____
(Signature)

705 S. LAkeshore Dr. #2H, Lake Geneva WI
Address (Actual address/not Post Office Box)

53147
_____
(Signature)

Address (Actual address/not Post Office Box)

_____
(Signature)

Address (Actual address/not Post Office Box)

5-10-23  Commission Exp
State of Wisconsin
County of Walworth

12-14-2023

STEVEN P. RUSSELL
NOTARY PUBLIC
STATE OF WISCONSIN

September 2010 – 110B.10.v1