UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBARA ANN HARTKE, on behalf of herself and the Estate of Gilbert V. Hartke,

    Plaintiff,

-against-

BONHAMS & BUTTERFIELDS AUCTIONEERS CORPORATION and THE CATHOLIC UNIVERSITY OF AMERICA,

    Defendants.

**ORDER**

22 Civ. 3571 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    Defendants are directed to respond to Plaintiff's motion for leave to amend a Second Amended Complaint by **January 10, 2024**.

Dated: New York, New York
       January 3, 2024

SO ORDERED.

*/s/ Paul G. Gardephe*

Paul G. Gardephe
United States District Judge