

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
PROBATE DIVISION

FILED
SEP 2 3 2022

Register of Wills
Office of the Probate Division

In re: Estate of Gilbert V. Hartke, deceased     *     1986 ADM 001663
\*
\*
\*

## MOTION TO INTERVENE AND OPPOSITION TO PETITION TO REOPEN PROBATE

Proposed Intervenor, the Catholic University of America (the "University"), by and through counsel, files this Motion to Intervene and Opposition to Petition to Reopen Probate of Petitioner Barbara A. Hartke's ("Petitioner") and in support states as follows:

### I.   FACTUAL BACKGROUND.

The background to this matter has received significant media attention. Petitioner is the niece of the decedent, Gilbert V. Hartke, O.P. ("Father Hartke") who passed away on February 21, 1986. *See* Petition for Probate; *compare* Ex. 1 (Amended Complaint) at ¶¶1, 6.[1] Prior to his passing, Father Hartke was a Roman Catholic priest of the Dominican Order or Order of Preachers ("O.P."), was a professor at the University, and served as the Chairman of its Drama Department. Ex. 2, ¶9.[2] Father Hartke's probate estate was administered in this Court in 1986, apparently via abbreviated probate. *Id.*, at 00074-78, 000080-87. The Personal Representative of Father Hartke's

---

[1] For reference and judicial notice, the University attaches Petitioner's Amended Complaint filed in the United States District Court for the Southern District of New York (the "Federal Court") in *Barbara Ann Hartke v. Bonham& Butterfields, and The Catholic University of America,* case no. 1:22-cv-03571-PGG (the "SDNY Case"). The University *does not* concede the allegations made in the Amended Complaint in the SDNY Case, but rather provides the Complaint to this Court to illustrate the allegations that the Petitioner has made in the SDNY Case. Also, the statements made and positions taken in this Motion are without prejudice to the University's rights in the SDNY Case.

[2] Exhibit 2 is a copy of the University's "Memorandum of Law in Opposition to Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order," with its attached exhibits (the "SDNY Opposition") as filed in the SDNY Case. For ease of reference, the pages of the SDNY Opposition have been Bates-stamped (000001-000116) and three exhibits (newspaper articles from the *Washington Post*, the *Washington Star*, and *The Tower*, which is the University's student newspaper) have been enlarged from their original publication.



EXHIBIT
Repczynski Dec
A

22458     EXTENSIONS OF REMARKS     *September 28, 1989*

will never be able to fully recreate forests in natural conditions with a full range of biological diversity; a major effort toward forest inventory, forest research, forest conservation, sustainable yield forestry and forest restoration including appropriate reforestation is necessary to maintain a healthy planet.

SECTION 3. PURPOSES.

States that the purposes of this Act are: to declare a national policy of no net loss of forests; to direct the President to declare a national forest emergency and to work toward an international policy of no net loss of forests globally; to direct appropriate agencies of the U.S. Government to work with the U.N. Food and Agricultural Organization in a global survey of forest resources; to support a special research initiative with international cooperation in forest ecology, sustainable yield forestry and forest restoration; to establish a joint United States-Japan commission on Global Forest Restoration to develop, support, and initiate a global program in forest restoration; to direct the appropriate agencies of the United States to work with appropriate international organizations and foreign nations in undertaking a sophisticated and diverse global effort to restore the forests of the planet and halt destruction of natural forests.

SECTION 4. DEFINITIONS.

Contains definitions of terms including "forest", "conserve" and "no net loss". The term "no net loss" is defined as meaning that for each forest that is destroyed, a forested area of equal size and with species diversity appropriate to the local conditions is to be restored within the same region.

SECTION 5. NATIONAL AND GLOBAL FOREST POLICY.

States that it is the policy of the United States that there shall be no net loss of forests within the United States and its territories and that forest conservation and sustainable use of forests, domestically and internationally, shall be a national priority. Directs the President to declare a national forest emergency and to work with other nations and international organizations for similar declarations. Directs all agencies of the United States to take all actions within their authority to conserve forests and support forest regeneration and restoration as appropriate to their mission. Directs the Council of Environmental Quality to establish national objectives to implement and promote the "no net loss of forests" policy.

SECTION 6. RESEARCH.

Directs the Administrator of the National Oceanic and Atmospheric Administration, the Chief of the Forest Service, the Administrator of the Agency for International Development and the heads of other appropriate agencies to work with the U.S. Food and Agricultural Organization and other international bodies toward a global survey of the world's forests and forest resources. Directs the Agency for International Development and the U.S. Forest Service to work together to support and provide technical assistance for national-level forest inventories around the world.

Directs the Director of the Office of Science and Technology Policy (OSTP) through the Federal Coordinating Council on Science, Engineering, and Technology (FCCSET) to prepare a comprehensive research program in forest ecology and related fields, sustainable yield forestry, forest restoration, and reforestation, to be known as the Endangered Forest Research Initiative.

States that the Initiative shall include research roles for the National Science Foundation; U.S. Department of Agriculture, including the U.S. Forest Service; the National Park Service; the U.S. Fish and Wildlife Service; the Environmental Protection Agency; the U.S. Agency for International Development; and other agencies, and shall include cooperative scientific programs with other Nations. States that the Initiative shall include research toward understanding the role of forests in ameliorating climate change, in preserving biological diversity, in preventing erosion, and in protecting watersheds shall include development of technologies and methodology for sustained yield forestry and forest restoration, especially the use of indigenous trees in reforestation, and development of indigenous crops in sustained yield agroforestry. Directs FCCSET to submit this Initiative to Congress within one year after passage of this Act. The recommendations contained in this Initiative are to be represented in the annual budget requests of the participating agencies and departments.

SECTION 7. UNITED STATES-JAPAN GLOBAL FOREST RESTORATION PROGRAM.

Directs the President to extend an invitation to the Government of Japan to participate in a joint United States-Japan Commission on Global Forest Restoration. This Commission is to provide financial and technical assistance to nations, international organizations, local and national nongovernmental organizations and industry to undertake a global forest restoration effort in order to conserve existing forests and to meet the demand for forests and forest products;

States that the objectives of this Commission are to develop, initiate and support a global forest restoration program and that this program shall seek to implement a global policy of no net loss of forests through conservation of existing forests, natural regeneration, and planting of additional trees in order to reduce the demand for wood from natural forests and to meet other human needs;

States that this program shall include forest restoration for all purposes including: amelioration of global climate change; conservation of biological diversity of natural forests; watershed protection and control of erosion; provision of wood for fuel and other local uses; and industrial forestry;

States that this program shall include training and education activities in forest conservation and restoration techniques;

States that the U.S. members of this Commission shall include: the Assistant Secretary of State for Oceans and International Environmental and Science Affairs; the Assistant Secretary of State for East Asian and Pacific Affairs; the Administrator of the Agency for International Development; the Chief of the Forest Service; and other members as selected by the President.

---

## CONGRATULATIONS TO TAIWAN

### HON. CASS BALLENGER
OF NORTH CAROLINA
IN THE HOUSE OF REPRESENTATIVES
*Thursday, September 28, 1989*

Mr. BALLENGER. Mr. Speaker, as the 1980's draw to a close, one great and powerful nation, a trusted ally and valuable trading partner, appears ready to assume major status as a contributor to the global economy and to global polity—the Republic of China on Taiwan.

Only a great nation could have accomplished so much in so short a time, and continue to do so. Only a great leader like Taiwan's President Lee Teng-hui could gather such extensive political support so soon after taking office on January 13, 1988. And only great things will continue to come forth from a country such as the Republic of China, with its booming economy and firm foundation for democratic free enterprise.

As we prepare to celebrate Taiwan's 78th National Day, Tuesday, October 10, congratulations are due her leaders and her people for their achievements to date. A special word of thanks, also, to Taiwan's Representative Ding Mou-shih and Madame Ding Mou-shih. They have made the task of understanding Taiwan, our Asian ally, so much easier through their hospitality, wit, and charm.

---

## SOME EFFECTIVE AID FOR THE POLISH ECONOMY

### HON. WM. S. BROOMFIELD
OF MICHIGAN
IN THE HOUSE OF REPRESENTATIVES
*Thursday, September 28, 1989*

Mr. BROOMFIELD. Mr. Speaker, anyone who works in an up-to-date office in America knows how hard it would be to go back to the days before copy machines and electric typewriters, not to mention personal computers.

Yet that's where many business organizations in Poland find themselves today.

A constituent of mine, Mr. Reynold Hendrickson, has come up with an idea that would give American business men and women who believe in free market economics a chance to give their counterparts in Poland more than just moral support.

Give them those outdated but still very useful Selectric typewriters and Xerox copiers that are fast gathering dust in corporate storerooms, he says.

Direct American aid is one answer, but here is another way to give Polish entrepreneurs the tools to fashion a brighter, more productive future for their country.

---

## IN HONOR OF FATHER GILBERT V. HARTKE, O.P.

### HON. CONSTANCE A. MORELLA
OF MARYLAND
IN THE HOUSE OF REPRESENTATIVES
*Thursday, September 28, 1989*

Mrs. MORELLA. Mr. Speaker, the Hartke Theatre of the Catholic University of America is embarking on its 20th season of offering high-quality, affordable drama productions to residents of the Washington metropolitan area. On this 20th anniversary, I would like to remember the inspiring work of Rev. Gilbert V. Hartke, the Dominican priest whose visionary leadership guided the CUA drama department he founded more than 50 years ago.

At 10 p.m., Wednesday, October 4, 1989, WETA–TV 26, is airing an hour-long documentary of Father Hartke's life and work. Actress Helen Hayes, actors Larry Luckinbill and Jon