# Forum

## Buried Treasure

The Undergraduate Student Government has initiated a new process for allocating student activity fees which goes farther than any previous allocation procedure in consulting student opinion.

This process, while it operates outside of the procedure set up by constitution of the USG is, we feel, is a sincere attempt to democratically allocate student fees. However, the manner in which the survey statistics will be equated to come up with an allocation is a clouded issue.

No statement as to how the treasury commission will evaluate the statistics appears upon the survey itself. Indeed, the treasury commission is hard put to describe just how the equation will work.

It is obviously impossible for the commission to allocate all the funds it has been requested to provide each organization, and therefore, it would seem that public opinion will determine the allocation of the organizations.

Many questions still remain unanswered about the allocation process.

If a minority of undergraduate students respond to the budget survey, how will this affect an organization allocation?

What percentage of student votes are required to approve, lower or deny an organization request?

Will the legislative branch of the USG approve of the system the treasurer has initiated?

Will an organization's budget cuts determined by a mathematical equation cripple its ability to survive when its expenses remain static?

Will special interest groups suffer more from this process than general service groups which serve a wider cross-section of students?

Will this equation truly reflect student opinion?

Because of these many uncertainties, the University deserves a complete explanation of how the statistics will be translated into hard cash.

Full public disclosure of the allocation process is the only way the tresury commission can fairly operate.

We call on the treasury commission to fully explain its procedures.

## Remember Thou. . .

With spring in the air, CU's women will doubtless be the first victims of spring fever. But, especially at this time of yar, they should not let their feminine imaginations goad them into rash acts. Rather, they would do well to pay heed to these Ten Commandments, written by Lucy Jenkins:

1. Thou shalt not allow a stranger to take you to your destination.
2. Thou shalt not drink in public. Nothing can make a young woman lose her reputation quicker than to drape herself over a bar and drown herself in drink.
3. Thou shalt not sit out dances in cars. This is absolutely out. It is just as improper to do that as to take your slippers off at a dance.
4. Thou shalt not be seen with young men who are not careful to obey conventions of society. Nothing ruins a girl's reputation so quickly as going out with a man who falls in his social obligations. You may have charm; you may be beautiful; you may have a snow—white past; but if you go with the wrong man, you are lost.
5. Thou shalt use discretion in using slang. This modern way of expressing yourself is permissible, if you choose your words carefully. Thus "kid" for child is on the black list; also "gee" and "swell."
6. Thou shalt not use pet phrases in conversation. Try listening to yourself for a few days. After a while the spicyness wears off and your speech is tasteless.
7. Thou shalt not pat or nudge persons when speaking to them. Keep your hands to yourself.
8. Thou shalt not go to a man's apartment alone.
9. Thou shalt not indulge in careless affections.
10. Thou shalt not powder your nose on the street.

*—Commandments reprinted from "Vogue" magazine in the Tower, April 2, 1936.*

# Society continues to punish unwed mothers

by Sr. Rosaire Kopczenski

*(Ed. Note: Sister Kopczenski is the assistant director of Campus Ministry)*

Recently a group of CU students took steps to make weekly visits to St. Ann's Infant's Home on Eastern Avenue, to assist in the care for the children there. The babies were beautiful Each one was precious and lovable. Yet, in every case a mother had to face the series of horrible experiences society bestows upon the unmarried mother.

Is it any wonder that unmarried women are resorting to the practice of abortion? How many of us have taken the time to become aware of what the unmarried mother goes through before her child is born and put up for adoption? How many of us have been responsible for the continued attitude society has today when meeting, speaking to, working with, or writing off unwed mothers?

The first hurdle to be crossed by the unwed mother is the attitude found in the girls' home. More often than not, it's a spontaneous reaction such as "You got yourself into it—now get yourself out." A more "gentle" reaction is, "We'll help you have the baby in 'x' city several hundred miles away." Parents fearing an "evil" influence on younger children, as well as "undo criticism" from neighbors and friends, "gently" weave a story that makes "the world right" again—"disgrace" is covered over.

Readjustment to new surroundings, finding a way to live with this "new self image," and patiently waiting for Catholic Charities or Birthright to respond with a proper place to stay, or supply a social worker who can make necessary doctor and hospital arrangements, take a good part of the next few weeks and/or months. Disinterested one-time-visit doctors serve because of duty, often deliberately inconsiderate, frequently harsh or intentionally not taking care to be gentle.

She deserves no special attention nor does her child at this point. And, when the baby is born, has name does not appear with the usual maternity list showing the many babies in the nursery. In fact, the baby is someplace off in a corner—unnamed. Far be it that we should draw attention to a baby born out of wedlock!

What is it that prevents a woman from keeping her child if she feels she can provide for it properly? Only the possible stigma of friends, neighbors and future aquaintances.

Isn't this stigma along with all the rest a kind of "social punishment?" Aren't we saying—indirectly of course—we have better ways to "solve such problems?" It is not necessary for anyone to suffer such "injustices." Abort the child early enough and all is well. What is a woman to do who sincerely fears an unchristian, unsympathic society, family and friends?

I'm not saying "Let's make it the thing to do." Nor am I saying responsibility should not be placed at the source of the problem, prior to intercourse. Neither am I saying there is no choice other than abortion. And granted, the "father" in such situations gets away "scot-free" after causing untold suffering to the woman involved.

The point at hand is: We must raise a cry against a people that makes it heroic, if not almost impossible, for an unmarried woman to persevere through a pregnancy. . .a cry against a society that has no humanistic compassion (let alone Christian love) for a woman who chooses to carry her child. . .a cry against a system that makes it easier, safer, more honorable, more protective to do away with a child rather than to bear one.

## Will economics kill learning?

by Hal Wallach

*(Ed. Note: Wallach is a part-time lecturer in the Department of Sociology)*

I am a part-time teacher at Catholic University. I am writing this brief statement to express my concern for our educational community.

Recent events have stimulated me to raise some fundamental questions about the purposes of higher education. My aim is to begin to stimulate these issues and spur a response. I think we genuinely need to raise our level of conciousness about our educatonal community.

One dictionary definition of education—to develop mentally and morally, especially by instruction—seems to me a very striking one. How does education occur? What role does the teacher play?

Does the teacher serve as a stimulator, catalyst, resource person, counselor, dispenser of knowledge, indoctrinator, or interpreter? Is the student the active inquirer, passive receptor, or self-instructor? What methods of inquiry are at our disposal? Where does education occur—in the classroom, in the dorm, in the coffee shoppe. . .?

Our University may be a collection of undergraduates, graduates, junior faculty, senior faculty, and administrators, but it can be a community wherein individual members share in this search for intellectual and ethical growth, learning by exchanging and cooperating, teachers to one another.

This idealized view is threatened particularly in this age of scarcity. When financial resources are sparse, survival and economic efficiency override and virtually destroy the intrinsic values of the educational community, the University.

Competition for funds, for a fixed number of teaching posts, leads to fear and conflict among students, faculty, and administrators. This is intolerable, but it is happening here at Catholic University.

If our educational community can serve any useful purpose today, it must set an example. It must remind people of their humanity, seek to rekindle feelings of wonder, of dignity, of kindness, of gentleness, of humility. For only if these humane qualities of man are regenerated is the any hope for mankind, not only to survive, but to reinvigorate life with meaning and worth.

Let us work together to show and lead the way. It is time to dispense with rhetoric and act constructively to repair our community.

This side of the tracks

# Registration leaves a ghost of a chance

—Russ Skiba—

These are the times that try men's souls—the time of year at CU that makes or breaks students. Yes, this is registration time.

In this connection, I have to report a rare and enlightening experience that befell me recently. It all began when, sitting alone in my room, I beheld a vision in chains standing before me moaning.

"Come," he intoned, "I have been sent to show you the dark and terrible mysteries of Registration, so that you may set them down on paper as a warning to others."

"Well, uh, thanks, but I'm booked solid for this week," I respectfully declined. "Anyway, Spirit, I am but a mere mortal and cannot withstand such trials."

But to no avail, for I found myself standing with my Guide in front of a cheerless office called "Arts and Sciences." Inside and out, students were hunched over books and paper, biting pencils and fingernails, and wringing their hands in despair.

"Ah, what troubles these poor unfortunates?" I ventured. "Studying for exams?"

"No. These wretches are at the first station of Registration," he replied. They are attempting to avoid schedule conflicts while picking up all the credits they need."

"Will they succeed?" I asked, concerned.

"Some never do," he stated grimly, pointing to a skeleton-like figure who had long ago pulled out most of his hair. "That one has been here since last semester."

With a shudder, I followed him to our next destination, Caldwell Hall. After passing the endless lines of anguished souls waiting to pay their bills or see their advisors, my Spirit friend brought me to a table in the lobby marked "Sectioning," manned by a severe-looking woman.

"You say you can't take this section 'cause you got three other classes at that time. Well look, drop these two and take this one at 5 o'clock Saturday morning. Next. . .You've gotta change cause you've got a job at that time? Which is more important, school or work? Next. . .I said you could switch? Here, fill out these 15 forms. Next. . ."

From my hiding place behind the Spirit, I asked him, "Who are these most miserable of creatures she addresses, and what offense of theirs merits such punishment?"

"They are students," he answered.

"But is that their fault?" I asked my Ghost Host, but he had already transported me to the Housing Office, where we witnessed the following scene.

"I'm sorry, we don't have anything left for under $1,000." the man said sternly, but nicely.

"But I gotta live somewhere. Please, please find me something," the student kneeling before the administrator begged. The tears rolled down his cheeks onto his green sheet, already ragged from miles of registering.

"Well," said the administrator thoughtfully, "I might be able to get you a laundry room in Flather, if you don't mind the leaky faucet."

"Oh thank you, thank you," cried the student joyfully, hugging the man around the legs.

"Ah, a happy ending," I said, glad to see joy amidst all this sorrow.

"Only for a while," the Spirit replied, "for this student has also chosen to board."

I thought on this for a while, but my reflection was cut short when I spied a student standing at one of the last stations on the long road of Registration. The dreaded words rang out:

"Room 6."

"No, no!," she gasped, "Anything but Room 6. Tell me what you want me to do and I'll do it. Anything! Just don't send me to Room 6." Two guards dragged her off screaming and my Guide turned to me.

"Come. We must visit Room 6."

I quickly glanced at my watch. "Oops," I said hesitating. "I just remembered I have a date."

But he grabbed me by the collar and I found myself in the midst of the last Registration station—Room 6. Outside the grim haunt, wearied, dishevelled and beaten crowds huddled, waiting, while from within came the anguished cries:

"But these aren't my cards!"

"Oh-h-h, not again! I just came from there."

"What do you mean I haven't paid my bill?!"

As I watched the defeated come trudging out the door, I put to my guide a final question.

"Spirit," I protested, "I can understand the guilt of those with sectioning conflicts, or even of those who choose room and board, but why punish these innocents?"

"The Administration's ways are not our ways," he replied, beginning to vanish.

"But wait, Spirit, don't leave me here!," I cried in panic. "How am I to get back?"

He smiled benignly, "Just think beautiful thoughts, click your heels together, and say, "This is the finest Catholic institution in America. This is the finest Catholic institution in America. This is the finest. . . ."

# Letters to the editor

## Note of thanks

This is a public note of thanks to the USG legislative board for allocating $500 to the Contact Line. We sincerely appreciate the funding, and find it indispensable to our perations for this semester. The money is being used specifically to pay for the phones, to publicize our services on campus, to obtain resource materials to help the effectivenss of the line, and to train the phone aides. Therefore, we thank the board in assisting us to evaluate whether or not Contact Line is a viable answer to student needs.

Barbara Kommers,
Marianne Vesey
Co-ordinators

## Put your money...

On the evenings of March 14 and 15 a general survey was distributed at the dinner meal in both University dinning halls. Drawn up by several members of Students for Co-Operative Action, with the purpose to obtain what the general feelings of those people on campus toward possible co-ed housing.

Of the 296 people that responded, only 12 were opposed to the idea, while the remainder were favorable.

When this is interpreted, in the spirit of the survey, it suggests that many students are not satisfied with the present University situation and that further discussion might be eventful, if not productive.

It is not, however, the intention of those people who have drawn up this survey to develop this idea any further unless there be more definite action taken on the part of those who desire a change.

At the USG office every Tuesday at 9 p.m. there will be available a member of SCA to aid anyone interested in working for a re-evaluation of present University housing policy. Rather than lose what credibility remains, we would like to encourage some follow-up to the interest signified.

Thank you very much for your time and consideration.

R. Clifford

## Security

As a former student of CUA I must say I was somewhat concerned over the tragic beating of sophomore Chris Dowerty recently under the Michigan Avenue bridge.

The attack took place off-campus at a location which has long been known to CU students as a mugger's paradise. Anyone who crosses under that bridge either in the daytime or especially after dark is taking his life in his or her own hands.

Yet students continue to use it despite the fact that they could walk a few feet further to the Michigan Avenue bridge and cross the tracks on the bridge which is fairly well-lighted and where there are passing motorists.

I still spend a lot of time on campus. While in the women's dorm a week ago I noticed a student propping a door open with a brick as she was expecting visitors later and they didn't have a key to get in.

This goes on all the time, as most CUA students know. Many students have dorm keys duplicated and distributed to off-campus friends. Who knows whose hand these keys eventually end up in?

It would be hoped that all citizens could walk wherever they choose without fear of attack. The fact of the matter is that such is not the case. As ugly as it may seem, we must face the reality of the situation.

I feel that CUA provides adequate security for its students. When an incident like that mentioned above occurs, students rise up in anger.

In between incidents, however, the students are lax, and usually by their own carelessness and thoughtlessness create the atmosphere for another incident.

It's about time for students to stop complaining and start cooperating. When they take a serious interest in security, then we will enjoy a safer university.

Mrs. Helen Tompkins

## Student aid requested

There are 165 courageous people at the Dow Chemical plant in Bay City, which has been on strike for 14 months. They would like to enlist the aid of your newspaper and members of the student body so that they may survive.

Dow Chemical is using its unlimited resources in an attempt to destroy us economically and eliminate the collective bargaining process of our Local Union, which is 14055 of the United Steelworkers.

Many workers and their families have suffered unlimited hardships in the loss of income and personal property which they have had to sell in order to feed their families because Dow Chemical refuses to resolve an unjust labor dispute provoked by Dow Chemical and its local management.

In the interest of humanity we ask that you print this letter in your college paper and that the student body aid us by refusing to buy Handi-wrap plastic food wrap and Ziploc bags which are made at the Bay City plant.

If there are individuals or groups on campus who would like to aid us in this humane endeavor, please contact me at the address which is given below. We request that they boycott the above mentioned products which are produced by Dow Chemical in Bay City and by any other aid or activities, aid our cause.

Martin Schwerin
401 N. CHilson St.
Bay City, Michigan
Local 14055

## Where credit is due

I have no doubt that my good friend and colleague, Dick Foley, would be delighted to be the moderator of Sigma Pi Delta fraternity and to have addressed the brothers of SPD on the occasion of their fiftieth anniversary. It so happens, however, that I am moderator and am very happy to be so.

This may seem a small point until we realize that as the TOWER is primarily a newspaper, accurate reporting should be basic. The TOWER features are good, by any standards, but their excellence depends on the accuracy of information.

That calls to mind a point concerning your features. You cover a lot of territory and you give generous credit. Yet it must be kept in mind that behind those who receive the credit are the many long-time faculty members who have worked hard for students without any thought of credit or thanks because of their sincere interest in students and their respect for their own integrity and commitment.

Congratulations on your March 15 issue. You emphasize what I have been proclaiming for years, that this is not only the greatest of Catholic universities but one of the truly great universities.

Thank you for your consideration.

Leo A. Foley

## Election correction

As chairman of the committee charged with conducting the recent election of faculty members to represent the College of Arts and Sciences on the committee which President Walton will appoint to screen and propose candidates for appointment as the Dean of the College, I feel compelled to call attention to factual errors in the article about the election in the TOWER of March 2.

The election was conducted under rules approved by the Council of the College of Arts and Sciences which called for a vote by mail ballot.

Since it was presumed there would be several candidates in each of the three division—humanities, physical sciences and mathematics, and social and behavioral sciences—provision was made for a special meeting of the faculty to vote on the three highest in any category in which no one had received a simple majority (50 percent plus one).

In the mail vote, 152 ballots were received by the deadline, February 21, but no one in any of the three categories received a majority. The TOWER irresponsibly reported, "The number of responses by the college faculty members were so few that the results were discarded and the second election held."

At the meeting of February 27, the faculty did not vote on the 15 candidates, as reported in the TOWER, but on nine, the three highest in each of the three categories.

At the meeting, it took two ballots to reach a simple majority. Contrary to the facts, the TOWER article maligned the faculty by implying an irresponbislbe disinterest in a matter so important to the College.

Kenneth J. Bertrand
Professor of Geography

## Watergate Shuffle

In the final lap of the presidential "race," we were all witness to the political shuffling of the Watergate incident into a dark little corner of our newspapers. This unprecendented act of espionage, unthinkable to leaders of previous decades, was planned, executed, and nearly accomplished by the same administration which campaigned so vigorously against corruption in another form, i.e. the media.

With the recent McCord trial testamony linking former attorney general John Mitchell to the incident, it is that the dominos have been to fall. And according to the theory, each one will cause the collapse of another untill all have fallen.

The same slogan which symbolized the political come-back of the century may someday represent the cause of our decadent, decaying democracy; "Nixon's the one."

Stephen Sine

## Are you sleeping? Are you sleeping?. . .

It has been pointed out to me that the administration at Catholic University sleeps through periods of student unrest (those few times when frustration conquers apathy). The administration has been accused of snoring while the students voice their concerns. I would like to bring out a real life story which bears witness to this accusation.

A few weeks ago there were rumors that there might be mandatory board for sophomores next year.

A group of concerned students, including myself, contacted Brother Nivard Scheel, the man who would make that decision, and he informed us that his decision pended on the decision of the SCA—USG food committee in selecting a new food contractor for next year.

If the prices were too high, then it would be necessary to have sophomore board, in order to stabilize the rising board costs.

Brother Nivard promised us that the freshman would be informed of his decision before they went home for spring break, as he felt that it was only fair that they be given ample time to make their decision as to whether they would live on campus next year and thus stay on the board program.

Meanwhile the decision on the new food company had been postponed because of companies' bidding late and the inability of the committee to find a common meeting time.

By 7 p.m. Tuesday, March 13, the food committee met and decided on Delta Management Corporation for next year. We found that Mandatory Sophomore Board would not be necessary to stabilize costs, and Dr. Leroy Fullerton, University business manager, assured us that Brother Nivard would be officially informed in time to get his decision on mandatory board in the TOWER.

Midnight that same night, I was in the TOWER office and the editors had been told earlier by Brother Nivard that he hadn't received a notice from Dr. Fullerton and therefore would be unable to live up to his promise of getting his decision to the students before spring break.

For such an important decision, it is inexcusable that Brother Nivard and Dr. Fullerton didn't make contact with each other sometime between 7 p.m. and midnight to ensure that the decision would be made in time for the TOWER print deadline. But, then, of course, administrators responsibilities end at 5 p.m. every day.

To finish the story at 12:30 p.m. Wednesday, I called Brother Nivard and awoke him from his sleep and informed him of the press deadline. Brother Nivard went back to sleep and had someone give me a message saying, "It was important to get the decision in the TOWER," but he hadn't heard from Dr. Fullerton yet.

I then woke up Dr. Fullerton and by 9:30 a.m. Wednesday the TOWER, which had held the paper past the normal deadline, was finally informed of the decision not to have mandatory board.

Brother Nivard expressed much dissatisfaction with being awakened from his sleep and informed me that I "shouldn't ever do that again."

I could be misinterpreting this whole thing, but does this sound like an administrator responsive to the students' needs?

Bob Guttenberg
Students for Co-operative Action

Sine Post

THIS PAINTING WAS DONE BY THE PRESIDENT HIMSELF IN HIS ATTEMPT TO PROMOTE AND CONTINUE THE GROWTH OF THE ARTS.

LENDING GRACE AND CHARM TO THE WHITE HOUSE, IT REMAINS A NEARLY FLAWLESS MASTERPIECE!

UNFORTUNATELY, THE ARTIST NEGLECTED TO FILL IN A FEW OF THE NUMBERS...

SINE

TOWER

The TOWER is published weekly except for holidays and vacations by the students of the Catholic University of America. Editorial opinions expressed in the TOWER are those of the editorial board. Signed opinion is solely the view of the author.

Deadline for notices and letters to the editor is the Tuesday preceeding publication. Letters should be kept to 300 words. The TOWER reserves the right to edit letters to conform to space and stylistic requirements. All letters must be signed and should bear the author's telephone number. The author's name will be withheld upon request.

Offices of the TOWER are on the third floor, St. John's Hall. News-Editorial extension is 635-5779. Advertising extension is 635-5778.

ACP All-American, 1964-72

Editor-in Chief.... Shawn Perry
Managing Editor.... Stephen Sine
Executive Assistant.... Nada Sattam
News Editors.... Jerry Schneider, Debbie Waddington
Sports Editor.... Bill McVeagh
Features Editor.... Paul Mongers
Forum Editor.... Chady Marasca
Business Manager.... Carole Novotny
Asst. Forum Editor.... Russ Skiba
Assoc. Forum Editor.... Boomer
Collection Agent.... Bruce Busch
Photo Directors.... Mike O'Leary, Pat Donahue
Layout Editor.... Ann Boegel
Copy Editor.... Theresa Vogel
Faculty Advisor.... Dr. Eagle L. Boyle
News Staff.... Sharon Geuss, Fred Sewell, Celia Wilkinson, Kevin Reilly, Mark Farrest, Maureen Connelly, Roland Parenteau, Kathy McCarthy, Mary Mahoney, Joe Malinaro.
Features Staff.... Maryann Karlach, John Yarling, Jim O'Leary, Tom Rayner, Mike O'Keefe, Ken Hindle, Mike Clay, Micheal Scanlan, Webster Rogers.
Sports Staff.... Chris McKenzie, Pat Scully, Tom Carr, Maryann Karlach, Pat Wrener, Andy Kurkjian.
Copy Staff.... Gould Blomas, Keith Bruce, Jodi Pauwels.
Photo Staff.... Jim O'Leary, Kevin Hauling, John Mitchel, John Brandt, Carmen Talavera, Steve Schwarz, Mary Saberhin, Roland Parmisano, Brian Kayatt, Mary Elizabeth Baker, Mike Hatka.
Exchange Editor.... Peter Wells
Cartoonists.... R. Krueger, J. Fab, Steve Sine

# Cerone, music faculty paint trio of Beethoven, Debussy selections

by Mike Clay

On Wednesday evening, three distinguished gentlemen displayed their musical talents in Ward Hall. Dr. Thomas Mastroianni, dean of the School of Music, Robert Newkirk, faculty member, and David Cerone, guest artist, presented a program ranging from Beethoven to Debussy.

The first selection of the evening was "Trio, Opus 1, No. 1," by Ludwig von Beethoven. The piece was well executed by all three players. They exhibited extreme virtuosity, agility and expressiveness on their instruments.

The second movement projected tenderness and sensitivity. The artist extended emotion and involvement to their work as evidenced by their facial expressions. Some parts were extremely playful in manner as the themes of the movements were carried from one performer to another.

The final movement gave each one a chance to show his musical ability, and much practice must have gone into preparing this movement.

Newkirk was given a chance to exhibit his virtuosity on the cello accompanied by Mastroianni at the piano in "Sonata for Cello and Piano" by Claude Debussy. The piece was extremely impressionistic, as was the character of music during Debussy's time. It was very easy to close the eyes and see the musical colors desired from this piece.

The second movement of the piece gave Newkirk the opportunity to work on his pizzicato. He was graceful in his movements and showed great dexterity with his fingers.

The last piece was again a trio. This one was Johannes Brahms' "Trio in B major, Opus 8," a brisk and lively section. Even the adagio movement sustained this feeling of restless movement towards an end.

The only major problems with the recital were minor slips of the fingers. There were also a few instances of out of tune notes by the string players but the skillfull ears of the musicians were quick to alleviate these problems and execute a very fine performance.

Photo by Mike Clay

**ACCEPTING WELL DESERVED applause in Ward Hall on Wednesday evening, David Cerone, guest artist, Dr. Thomas Mastroianni, dean of the Music School, and Robert Newkirk, a faculty member, commence their successful recital of works by Debussy, Brahms and Beethoven.**

# Trolley ride reveals New Orleans

by Mike O'Keefe

*O'Keefe, a sophomore majoring in urban studies, spent spring break in New Orleans where he attended Tulane University last year.*

The trolley clatters down graceful St. Charles Avenue past majestic white columned mansions immersed in gardens of pink azaleas tended by brawny black gardeners. Rows of palm trees and overhanging Spanish willows line the boulevard providing shady retreat from the sweltering mid-day humidity. Loosely dressed young ladies lounge on their verandas sipping soft drinks in tall glasses and absorbing the salubrious rays of the shining sun. Like a vestal virgin in silent slumber, New Orleans naps at noon.

The trolley conductor (who is attired in the blue uniform of the Metropolitan Transit Authority) yawns, and takes a wearisome puff from his slim cigarette. A somber expression seems inscribed on his face. He has thick graying sideburns and a mustache that hangs over his lip. His cheeks are hollowed and his skin is a maze of wrinkles. His drooping eyes are fixed in a blank stare as he gazes down the winding course of the tracks.

He slows the trolley to a grinding halt in front of Piggly Wiggly's Supermarket. A red-shirted young boy with a basketball tucked under his arm stands motionless at the intersection, ready to board.

The conductor snarls as the boy steps up and reaches into his pocket for the fifteen cent fare. He is muscular, wears a bushy afro and has a very dark complexion. Beads of sweat roll down from his forehead curling past his temples and sliding under his nose.

He takes a seat next to a white haired lady sniffing a bouquet of red carnations. She stares at him suspiciously and moves closer to the window. She is unsettled by his roughness. He is exhausted and pays no attention to her.

The trolley begins to pick up speed as it rambles past the brownstone pillars guarding the gateway to Audubon Park. A flaming yellow sun splits white-cotton clouds that hang low in the cerulean sky.

An old man in tattered trousers drinks from a brown-paper bag and mumbles a jarbled philosophy to the wind. His chubby comrade, who wears a green workman's cap, dozes silently beside him.

The trolley turns at the Hibernia National Bank and Bourbon Street comes quickly into sight. New Orleans slowly stirs herself from a lazy afternoon.

IF YOU HAVE AN UNUSUAL TALENT, YOU HAVE WHAT IT TAKES TO BE A BUDWEISER. WORLD CHAMPION!

EARN THIS TERRIFIC PATCH, 7"X6", COLORFUL, WASHABLE, WITH SPACE FOR WRITING IN YOUR SPECIALTY.

This fine young man is doing the BUDWEISER CAN TOTE. So should you. Just tote a record number of empty Bud cans, balanced atop one another, without mishap, for a distance of 25 feet and earn a dandy Budweiser World Champion patch. Record to beat is 4. (You laugh?)

Breathe easy, Earthlings. Budweiser is doing something about the current shortage of world champions in the world.

Budweiser is sanctioning five foolish events in which world-record setters can win prestige plus a handsome patch.

In addition to the thrilling BUD® CAN TOTE, there are *four* others. Get details at your favorite beer store where you see the gaudy "Budweiser World Championship" display!

Do one, beat the record, *tell us about it on a postcard* and get your marker pen ready for inscribing your particular specialty beneath where it says "World Champion."

(Maybe you've detected that this *is not* an official, rigid-rules "contest." But it *is* a lot of fun, even if you can't break the records. You can, though, can't you?)

Budweiser
World Championships
BOX 8861
ST. LOUIS, MISSOURI
63102

TO GET YOUR BUDWEISER WORLD CHAMPION PATCH (EVEN IF YOU DON'T SET A RECORD), JUST WRITE YOUR NAME, ADDRESS AND WHAT YOU DID ON A POSTCARD.

SEND IT TO

NO PROOF OF PURCHASE REQUIRED. OFFER VOID WHERE PROHIBITED BY LAW. ALLOW FOUR WEEKS FOR DELIVERY. OFFER EXPIRES DECEMBER 31, 1973. ANHEUSER-BUSCH, INC. • ST. LOUIS

**Blood Plasma Donors**

All Blood Types

Earn up to $30 to $55/month

**University Plasma Center**

4321 Hartwick Rd. Suite 320
927-8062 College Park, Md.
(University National Bank Bldg.)

Minimum Age 21 I.D. required

We're interested. If you are.
For more information write:
Father Donald C. Campbell,
Room 103.
Paulist Fathers.
415 West 59th Street
New York, N.Y. 10019

# Milieu of masses stirs individual experiences

by Peter B. Wells

One might expect that the best critic of a mass is the priest who celebrates it or the person or persons who plan it. In truth, the best judges of a mass are those who attend it for they are the ultimate recipients of the experience.

With the miles of masses offered at the university and in the Washington area, there is at least one mass that can give each individual person that inner feeling of fulfillment.

The University mass, which is the main mass of the weekend, is celebrated each Sunday in the Shrine Crypt at 12 noon. It is this Mass for which most preparation is done. Each week a different guest homilist is invited to give the sermon and help celebrate the mass. A singing group coordinates music with the homilist's theme.

The next three masses can be described together for they all run along the same lines. The 4:30 p.m. Saturday Gibbons' Mass and both the Wednesday and Sunday evening masses at the House might be considered a mixture of both folk and free expression. These three masses are casual, but each carries a definite theme and brings across a certain idea. A great atmosphere of friendliness and togetherness is conveyed by these celebrations.

An important factor about these masses is that after the reading of the gospel a formal sermon does not take place. Instead, a discussion on what the readings revealed helps to further bring in ideas on what the theme for that particular celebration is.

For those who are traditionalists at heart and strong believers in "uni voce," St. Matthews Cathedral is the place to go. Every Sunday at 10 a.m. a solemn high mass in Latin is celebrated at Washington's Catholic Cathedral. Don't go there expecting what this reporter did. It is not the traditional Latin Mass that one might expect with the older liturgy, but the new liturgy translated into Latin. It loses something in the translation but in the reverse way. It is still worth attending to be able to hear sung Latin, traditional Latin hymns and Gregorian Chant.

No matter what choice an individual makes, the mass is still one of the greatest ways to celebrate.

Photo by Joan Brandt

**DOROTHY'S GINGHAM DRESS from the Wizard of Oz was given to Father Hartke last week by Mercedes McCambridge, artist in residence at the speech and drama department and close friend of the late Judy Garland.**

# Clark lectures on knowledge

by Michael Kollsa

Arthur C. Clark, author of "2001, A Space Odyssey," spoke at the Smithsonian Institution, Thursday, March 15. The renowned science fiction writer addressed a "black-tie invitation only" audience on "Technology and the Limits of Knowledge."

The talk was the concluding presentation in the Frank A. Doubleday Lecture Series, a series of talks endowed by the late publisher in 1969 "to further the cause of knowledge."

The 1972-73 series was entitled "Technology and the Frontiers of Knowledge," but Clark, exercising that right which the famous seem to inherit, changed the title to "Technology and the Limits of Knowledge."

The 62 year old physicist, who has taught in Britain as well as the United States, proposed a set of interesting questions and points to the 300 guests.

"What if we had conquered the mystery of the lens 300 years earlier," he asked, "then we would be now treading on Mars instead of the moon."

Clark advanced the idea that while technology can and sometimes does progress at an alarmingly fast rate (witness the fact that human knowledge is doubling every ten years) it is often kept in check by social norms, taboos, or conventions. Then the technology must slow down to conform to society, and the advancement of knowledge suffers.

Clark proved intriguing in his answer to a question about time travel. He stated, "No, I don't believe time travel is at all possible, at least not yet."

In elaborating on the subject he cited what he called the science fiction writer's motto, "Your answer is crazy, but not crazy enough to be true."

# Dorothy's dress offers inspiration and hope

by Liza Lutz

Judy Garland, the sparkling, rosy Dorothy, often sang of the yellow brick road, Emerald city, and "somewhere over the rainbow." Judy Garland, the lonely, tired entertainer, often spoke of college and how "it all could have been different" if she had made it there.

Part of Garland's fantasy came true by way of Dorothy and Miss Mercedes McCambridge, current artist-in-residence at the speech and drama department and close friend of Garland's. Mercedes recently presented Father Gilbert Hartke with Dorothy's dress from "The Wizard of Oz" in hopes that the precious gift will be a source of hope, strength, and courage to the students.

Judy's fantasy has come true. A real part of her has made it to college. It seems that fantasy plays an integral part in many actors' lives. Mercedes recalls that as a child she invented imaginary friends with whom she eventually became more comfortable than with anyone in the human race.

As a teenager, she was interested in law and journalism, but because of a lack of money, her plans for college were stunted. Determined to extend her education, Mercedes tried for a drama scholarship and won. It was then that she realized that acting was her whole life.

Acting revolves around a reaching out of oneself and. Mercedes accomplishes this both on stage and off. She bares her soul and airs what she considers personal mistakes as lessons for others.

All the same, this dynamic lady who appears to many as a pillar of strength, claims that she has neither the strength nor the courage for which she has come to be known. Her reputation is partly built on the powerful roles she has played among which is her most recent role of Medea at the Hartke Theatre.

Mercedes admits that at times she opens herself much more than is needed and she really is not sure why. However, if as a result of her candor someone is helped with their own problem, then she feels it has been worth it all.

"We need, or we think we need, to have music blaring, drinks in hand, pot and pills, or some other distraction to quell the embarrassment of being alone together. We are afraid to trust the unique greatness in each one of us and this is the final insult to God," Mercedes stressed.

One of the consequences of embarrassment in personal relationships is an escape through alcoholism, according to Mercedes.

"Deep down inside, the alcoholic is unwilling to settle for what most people will settle for, and in a childish rebellion, the alcoholic decides to drop out. The awful thing is that this dropping out will chemically kill you," she firmly noted.

As a possible alternative to "dropping out," Mercedes holds that one must accept unhappiness and suffering as inevitable throughout life.

"The American ethic that happiness will be ours if we are virtuous and kind to our fellowman is simply not realistic, nor has it ever been," Mercedes stated.

Paraphrasing Henry Kissinger, she said, "We think it is the system or the economic factor or the pressures of our time, but the anguish goes much deeper. We are the first generation to realize that. We will, in traveling this road of life, never reach Utopia. The thing that we will find, if we are lucky, is ourselves."

Mercedes McCambridge, whether she believes it or not, has enriched the lives of many people because she is a woman of great depth with compassion for the vulnerable, those who "lack the capacity to hurt over a long period of time."

This dear lady gives her all, with love. . .and that's what it's all about.

SPEECH AND DRAMA

*Over 20 undergraduate courses are offered in summer sessions. Classes include acting, directing, playwriting, design, and history.*

CUA

Smaller Classes, Lower Tuition

*for more information contact your faculty advisor*

Gamma Gasser Tonite
Upstairs Social Center 9-12
live band beer vice-versa

Huge Frame Selection
All The Latest Styles
Eyes examined
Contact lenses
Prescriptions filled
One Hour Service
Special student discount
ATLANTIC OPTICAL
1717 PENNSYLVANIA AVE., NW
(Convenient to CU)
466-2050

CONTACT LINE
7 nights a week
8 p.m. to 2 a.m.
WE'RE HERE TO LISTEN
do you need info on university services, drugs, counseling, V.D., campus activities, or do you just want someone to talk to?
CALL US
ext. 5897 or 635-5897

Invest an 8¢ Stamp
An eight cent stamp may be the best investment you will ever make in your life.
The Pallottines offer a challenging career with deep personal commitments for the young man who is unselfish enough to want to lead his fellow man through the storms of religious, social and economic upheaval. It's worth investigating this Catholic Community of Apostolic Men. Make the investment. It may be the beginning of a great career.
PALLOTTINES
Director of Vocations
309 N. Paca Street
Baltimore, Maryland 21201
Please send me information about the Pallottine ☐ Priesthood ☐ Brotherhood
Name
Address
City State Zip
Phone No.
Age
Grade
C16

# Baseball team opens season with victory over Gallaudet

The Cardinal baseball machine is back with a 23 game spring schedule including ten home games. Georgetown travels to CU today for a three o'clock showdown.

Freshmen pitchers Jim Hance and Brian Fay held Gallaudet to one hit in nine innings Tuesday as the Cards opened their baseball season with a 5-0 triumph at CU. Hance pitched the first six innings, giving up only a fourth-inning single. Fay went the last three innings without giving up a hit and striking out five. Sophomore catcher Andy Kurkjian had a two-run homer in the sixth inning and an RBI single in the eighth to lead the offense.

The Cards got to Gallaudet early, scoring twice in the first inning. Charlie Butkowski, a junior second baseman, walked and then stole second to lead off the game. Captain and center fielder Mark Dean reached on an error, moving runners to first and third. Butkowski scored on Gerry Laniak's fielder's choice to second and Joe MacNamara followed suit with a line single to center, knocking in Dean. Neither team could muster a run until Kurkjian's two run shot in the sixth. The Cards are now 1-0 in the Mason-Dixon conference and 6-7 overall (including the Metro League record from last fall).

Over spring break, the team travelled to St. Petersburg, Florida, where they played five exhibition games, returning with a 2-3 record. The Cards dropped the first two games to Ekhard College by scores of 6-5 and 8-3. The first game was a four hour marathon that went 14 innings. Costly errors gave Ekhard the game and ruined fine pitching performances by Bob Hickey and Chuck Boettner. Brian Fay suffered a shaky first inning in the second game as Ekhard jumped out to a quick 5-0 lead that the team couldn't catch. Jim Hance put in a valiant effort in relief.

In the third game, against the University of Tampa, the team put together 14 hits but lost 12-9. Gerry Laniak had four hits and four RBI's that game, which wasn't enough to stop the hitting of Tampa.

The trip ended on a good note as the team picked up the last two wins by scores of 12-6 and 2-1 over the University of South Florida and Bates College, respectively. Everyone hit in the 12-6 win and sharp pitching displays were made by Steve Fay and Jim Hance. However, errors gave USF a 6-2 lead early in the game. Outstanding pitching by Chuck Boettner and Brian Fay held off Bates in the last game. John McCarthy won the game with a lead-off double in the ninth. He advanced to third on a fly ball and scored when Bob Hickey, coaxed the Bates pitcher into balking McCarthy home with the winning run.

The CU baseball team finished last season with an impressive 8-4-2 record and is hopeful of improving this mark as well as bringing home the Mason-Dixon championship title. Coach Talbot has demonstrated confidence in his team by stating, "Although we are playing what amounts to the toughest schedule at the University in many seasons, with the right attitude and hustle, this team has the potential to better all University records in this sport."

# Top contenders vary against UCLA reign

by Pat Werner

SINCE UCLA WON ITS SEVENTH straight national championship Monday night, one has to ask if anyone will ever break the domination of John Wooden's team.

The last time the title was won by another was in 1966 in College Park, Maryland, when Texas El Paso beat the University of Kentucky. Since then many teams have had brief stints as national powers, only to fall to UCLA in the end.

Last year, Florida State surprised everyone by beating the University of North Carolina to meet the Bruins in the finals. Great expectations fell as the Seminole's finished out of the top 20 rankings.

THE UNIVERSITY OF MARYLAND soundly thrashed all opposition in the NIT last year. At the beginning of this season, however, the competition in the Atlantic Coast Conference proved to be a bit stiffer than expected as the Terrapins lost to Duke, UNC, Wake Forest, and twice to N.C. State.

Now with the loss of their best outside shooter in Jim O'Brien, the Terps will be definite underdogs as they face UCLA in this year's season opener.

MEANWHILE NORTH CAROLINA STATE has risen to the second ranking at the end of the season. They were put on probation and were ineligible for post-season play because of recruiting tactics in the case of David Thompson. It seemed to be worth it as they went undefeated for the season while winning the ACC title. The nucleus of this team will be back, and they will prove to be a thorn in the side of Maryland, who had planned to go all the way in '74.

THE SOUTHEASTERN CONFERENCE, Kentucky, minus Adolf Rupp, Tennessee and Alabama have gained recognition along with Indiana, Minnesota, and Ohio State of the Big 8. The ACC, which has long been considered the toughest conference in the country, now has lost some of its prominence, especially after Notre Dame's victory over UNC in the NIT.

Once in a while, a very long while, a team made up of natives of the school's state captures the nation's eye. Virginia Tech, led by Alan Bristow, captured the NIT title after being overlooked by both polls.

Yet for one year at least, the national title will stay at UCLA. Whether or not N.C. State or someone from the SEC or Big 8 comes through remains to be seen. A monopoly is present in the hands of John Wooden. Whether it will leave with him seems very possible. It took him 17 years to win the first one, and it may happen again with Sloane, Driesell, or Musselmann.

Photo by Syeve Schwarz

IN PREPARATION FOR the fall season, the Cardinal football team began practice this week. The team will conclude its spring preparation with an intersquad game held on Parents Weekend.

## Sportsbriefs

# Tankmen take awards

• The swimming season ended with the taste of victory as the Cardinals captured seven all-American positions. The team won its glory in the NCAA Championships, March 15-17.

The meet began for the Cardinals when the 400 yd. medley relay team placed fifth in 3:39.8. This event gave the Cards four all-American swimmers, Tom Reynolds, Vince Bruns, Steve Sommer, and Drew Ranieri.

Captain Bruns also placed eighth in the 100-yd. fly, with a time of 54.4. Scoring the other two positions was sophomore Drew Ranieri qualifying fifth in the 100-yd. backstroke in 56.3 and twelfth in the 200-yd. backstroke with a time of 203.5

• The Cardinal track team with its four all-Americans, will host Gallaudet at the only scheduled home meet, 3 p.m. in the stadium.

• The Women's Recreation Association has made available a limited number of ski information brochures at the gym office.

• Anyone who has not picked up his money for T-shirts ordered through the Pep Club may do so by calling Mike at 635-6088 or Joanne at 635-6160.

ERROR-FREE TYPING
NYLON TYPING RIBBON
CORRECTION RIBBON
ERRORITE™ AT YOUR BOOKSTORE

BLOOD & PLASMA
DONORS NEEDED
All Blood Types
Fee Paid With Donation
ANTIBODIES, INC.
1712 Eye St., N.W.,
No. 210
Identification Required

OCEANOGRAPHY AND MARINE SCIENCE
5 summer sessions
open to all students
Classes held at field stations at
Lewes, Delaware Wallops Island, Va.

cua
for more information, contact
Summer Session Office
Room 116 McMahon Hall

They devoted themselves to the apostles' instruction and the communal life, to the breaking of bread and the prayers. . . . Those who believed shared all things in common; they would sell their property and goods, dividing everything on the basis of each one's need . . . With exultant and sincere hearts they took their meals in common, praising God and winning the approval of all the people.
Acts 2:42-47

If this is your ideal of Christian living, you may be interested in joining a Benedictine community.
For more information write:
Vocation Director
ST. ANSELM'S ABBEY
WASHINGTON, D. C. 20017

THE HOLY MOUNTAIN

Once in the subway, in New York City,
A man
Drunk, down and out
Asked me had I ever heard
Of the Holy Mountain.
"I live there," I told him.

For that man
Graymoor's St. Christopher's Inn
Is a mountain of hope,
An occasional place of refuge.

For me
Graymoor is a way of life.
Graymoor has made me
More me,
Has given me the possibility
Of being more me to many people.
Someday I might even be more me
In London, beautiful British Columbia
Or Graymoor-in-Japan.

Are you interested
In the possibility of being more you?
Our mountain isn't all that steep
And allows you to move out
In different directions.
We're ecumenists, missionaries,
Innkeepers of a sort, too.

Write me:

FR. RICHARD BRUGGER, S.A.
VOCATION DIRECTOR
FRANCISCAN FRIARS OF THE ATONEMENT
GRAYMOOR, GARRISON, N.Y. 10524

Italian Day
every Monday
Lunch
Spaghetti, Salad,
Italian Bread, Glass of Wine
$1.49
Dinner
Italian Spaghetti with Lasagna,
Italian Bread, Carafe of Wine
$2.49
Entertainment Nightly
Dancing Friday and Saturday nights
9 p.m. to 4 a.m.
Watch for Name Bands
Hideaway Lounge Restaurant
Holiday Inn
Across from Catholic University

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

BARBARA ANN HARTKE, an individual on her own behalf and on behalf of the Estate of decedent Gilbert V. Hartke )

Plaintiff, )

v. ) Civil Action No. 1:22-03571

BONHAM'S & BUTTERFIELD'S AUCTIONEERS CORPORATION, A DELAWARE CORPORATION; THE CATHOLIC UNIVERSITY OF AMERICA, A NON-PROFIT DISTRICT OF COLUMBIA CORPORATION )

Defendant. )

**AFFIDAVIT OF THE VERY REVEREND KENNETH R. LETOILE, O.P.**

DISTRICT OF COLUMBIA, TO WIT:

I, Fr. Kenneth R. Letoile, O.P., am over 18 years of age, competent to testify, and have personal knowledge of the facts set forth herein.

1. I am the Prior Provincial of the Province of St. Joseph (the "Province") since June 2014, and in that capacity I am authorized to speak on behalf of the Province.

2. I serve as the Vice-Chancellor of the Pontifical Faculty of the Immaculate Conception.

3. I was ordained into the Dominican Order in 1974, and served as pastor and superior at a number of Dominican communities and parishes throughout the province prior to my election as the Provincial.

4. From my knowledge as a member of the Dominican Order and a Prior Provincial, Dominican priests must make a solemn profession, including a vow of poverty.

5. From my knowledge as a member of the Dominican Order and a Prior Provincial, for our vow of poverty, we promise to possess nothing by right of personal ownership, but to have all things in common and to use them under the direction of superiors for the common good of the Order and of the Church.

6. Based upon my review of the Complaint filed in this action, I understand that a claim is being made that a dress used in the production of the musical "the Wizard of Oz" starring Judy Garland (the "Dress") was purportedly given to Father Gilbert Hartke in his personal capacity, and that it accrued to his estate upon his death.

7. Based upon my knowledge of the Dominican Order, and my understanding that Father Hartke made a vow of poverty, as is required for membership in the Dominican Order, Father Hartke was not permitted to possess anything by right of personal ownership, and for any possessions that were gifted to him in his personal capacity, he would have been required to donate those possessions to his Province, which I understand was the Province of St. Joseph within the Dominican Order, in accordance with his vows and solemn profession.

8. As Prior Provincial of the Province of St. Joseph, the Province does not assert any right to the Dress.

9. To the extent that the Province of St. Joseph is determined, or alleged, to have a property right in the Dress, I hereby affirm on behalf of the Province the Catholic University of America's full ownership of the Dress.

**I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT UPON PERSONAL KNOWLEDGE THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT.**

Fr. Kenneth R. Letoile, O.P. — Date: May 13, 2022

Fr. Kenneth R. Letoile, O.P.

Subscribed and sworn to before me this 13 day of May, 2022.

Notary Public
My commission expires:

DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES 5/31/2026
NOTARY PUBLIC
MALLORY SOTO

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

BARBARA ANN HARTKE, an individual )
on her own behalf and on behalf of the Estate )
of decedent Gilbert V. Hartke )
)
Plaintiff, )
) Civil Action No.
v. ) 1:22-03571
)
BONHAM'S & BUTTERFIELD'S )
AUCTIONEERS CORPORATION, A )
DELAWARE CORPORATION; THE )
CATHOLIC UNIVERSITY OF AMERICA, )
A NON-PROFIT DISTRICT OF )
COLUMBIA CORPORATION, )
)
Defendant. )

**AFFIDAVIT OF MARGO CARPER**

DISTRICT OF COLUMBIA, TO WIT:

I, Margo Carper, am over 18 years of age, competent to testify, and have personal knowledge of the facts set forth herein.

1. I am a personal fitness trainer.

2. I reside in Washington, D.C.

3. My grandfather is Joseph Ward Hartke, brother of Father Gilbert Vincent Hartke.

4. Father Gilbert Vincent Hartke was my grand-uncle.

5. I knew my grand-uncle Father Gilbert Vincent Hartke well, and interacted with him frequently.

6. From my family research and personal knowledge, I understand Joseph Ward Hartke had five other siblings: Inez Mercedes Hartke, Lillian Regina Hartke, Virginia Marie Hartke, Berenice Elizabeth Hartke, and Eugene Alexander Hartke.

7. From my family research and personal knowledge, I understand Berenice Elizabeth Hartke did not marry and had no descendants.

8. I, together with other descendants of Joseph Ward

Hartke, support The Catholic University of America ("Catholic University") and Bonham's & Butterfield's Auctioneers Corporation's ("Bonham's") auction of the Dorothy dress (the "Dress") donated to Catholic University by Ms. Mercedes McCambridge.

9. Plaintiff, Barbara Ann Hartke, is the daughter of Eugene Hartke, and is my first cousin once-removed.

10. Exhibit A is a family tree displaying the above information in graphic form.

11. I understand that Barbara Ann Hartke alleges that she has an interest in the Dress and objects to its auction for the benefit of the drama students at Catholic University. Based upon my review of the Complaint filed in this action, and my knowledge about my grand-uncle, Father Gilbert Hartke and the Dress, I believe she is wrong.

12. Based on my interactions with my grand-uncle Father Gilbert Hartke, I believe that my grand-uncle Father Gilbert Hartke would have wanted the Dress auctioned by Catholic University to support the drama department he founded. Even if my grand-uncle Father Gilbert Hartke owned the Dress, which I understand he did not as a Dominican priest, I believe he would still have wanted the Dress auctioned by Catholic University to benefit the drama students at Catholic University.

13. If this dress had passed into my grand-uncle Father Gilbert Hartke's estate, I and other descendants of Joseph Ward Hartke would have requested a partition and donated any funds from any sale of the dress to support the drama students at Catholic University. However, a partition of the Dress did not occur because the Dress was not part of my grand-uncle Father Gilbert Hartke's estate as a Dominican priest.

**I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT UPON PERSONAL KNOWLEDGE THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT.**

Margo Carper /Margo Carper/ Date May 14, 2022

BATES 000101

Subscribed and sworn to before me this 16th day of May, 2022.

Notary Public
My commission expires: 11-30-2025

BATES 000102

Emil August Hartke
1871-1954

Lillian Regina Ward
1871-1934

Inez Hartke
1894 -1970

Clarence A Kuipers
1891 -

Lillian Regina Hartke
1895 - 1971

Ralph Fideles Thompson
1896 - 1988

Joseph Ward Hartke
1897 - 1962

Grace Marie Kurtz
1899 - 1979

Margo Carpo

Virginia M. Hartke
1900 - 1973

Charles A. Whittingham
1899 -

CARPER Exhibit A

BATES 000103



CARPER Exhibit A

Berenice Hartke
1902 - 1987
None
Eugene Alexander Hartke
1904 - 1958
Edna Antoinette Tempera
1907 - 1998
Gilbert Vincent Hartke Reverend
1907 - 1988
No Descendants
Plaintiff Barbara Ann Hartke
No Descendants

BATES 000104

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA ANN HARTKE, an individual on her own behalf and on behalf of the Estate of decedent Gilbert V. Hartke<br><br>Plaintiff,<br><br>v.<br><br>BONHAM'S & BUTTERFIELD'S AUCTIONEERS CORPORATION, A DELAWARE CORPORATION; THE CATHOLIC UNIVERSITY OF AMERICA, A NON-PROFIT DISTRICT OF COLUMBIA CORPORATION<br><br>Defendant. | Civil Action No.<br>1:22-03571 |

**AFFIDAVIT OF THOMAS KUIPERS**

STATE OF GEORGIA, WHITE COUNTY, TO WIT:

I, Thomas Kuipers, am over 18 years of age, competent to testify, and have personal knowledge of the facts set forth herein.

1. I am the owner and Chief Executive Officer of International Systems Management, Inc.

2. I reside in Cleveland, Georgia

3. My grandmother is Inez Mercedes Hartke, sister of Father Gilbert Vincent Hartke.

4. Father Gilbert Vincent Hartke was my grand-uncle.

5. I, together with the other descendants of Inez Mercedes Hartke, support Catholic University and Bonham's auction of the Dorothy dress ("Dress") donated to Catholic University by Ms. Mercedes McCambridge.

6. Plaintiff, Barbara Ann Hartke, is the daughter of Eugene Hartke, and is my

first cousin once removed.

7. I understand that Barbara Ann Hartke alleges that she has an interest in the Dress and objects to its auction for the benefit of the drama students at Catholic University. Based upon my review of the Complaint filed in this action, and my knowledge about my grand-uncle, Father Gilbert Hartke and the Dress, I believe she is wrong.

8. If this dress had passed into my grand-uncle Father Gilbert Hartke's estate, I and the other descendants of Inez Mercedes Hartke, would have requested a partition and donated any funds from any sale of the dress to support the drama students at Catholic University. However, a partition of the Dress did not occur because the Dress was not part of my grand-uncle Father Gilbert Hartke's estate as a Dominican priest.

9. Around 1974 or 1975 when I was about 12 or 13 years old, my father, Robert W. Kuipers, took my sister, Marybeth Kuipers, and me to Washington D.C. My father had work in Washington D.C. but the plan was for my father to take us on a tour of Washington D.C. after his work. As part of the tour we were going to see Father Gilbert Hartke at Catholic University. We had met Father Hartke previously as he visited us at our home.

10. Unfortunately, my father got sick and went into the hospital with a bleeding ulcer when we arrived in Washington D.C. Our grand-uncle, Father Hartke, agreed to pick up my sister and me because we did not have anyone to look after us with my father in the hospital. We spent the morning with him in Father Hartke's office at Catholic University.

11. While in his office, he showed us a blue dress and asked us what we thought it was. I specifically recall telling him that I believed that the dress worn by Dorothy in the Wizard of Oz. I knew this because we had watched Wizard of Oz several times as children. He confirmed my suspicion that the dress was in fact one of the dresses worn by Dorothy in the

Wizard of Oz. I also recall my grand-uncle, Father Hartke, explaining to us that she would have had a couple dresses for the filming of the movie. As a child, I was amazed that I was looking at the dress from the Wizard of Oz.

12. I asked my grand-uncle Father Gilbert Hartke if I could have the dress. I asked him because he seemed detached from the dress and was clearly not as impressed with the dress as I was at the time.

13. In response to my question, I remember my grand-uncle Father Gilbert Hartke said to me that I could not have it as the dress belonged to Catholic University. He explained to me that the University would put the dress on display in a case or use it in some manner for the drama school and to benefit the students. He stated that he was not sure what will be decided on how the dress will be used and that it is a decision for the University.

14. He hung the dress up and returned to his work as I sat there in his office.

**I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT UPON PERSONAL KNOWLEDGE THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT.**

[signature]
Thomas Kuipers

May 12, 2022
Date

Subscribed and sworn to before me this 12th day of May, 2022.

VINOD K SAGAR
COM. EXP
NOTARY
PUBLIC
Nov. 11, 2023
FULTON COUNTY, GEORGIA

Vinod K. Sagar.
Notary Public
My commission expires: 11/11/2023.

BATES 000107

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA ANN HARTKE, an individual on her own behalf and on behalf of the Estate of decedent Gilbert V. Hartke<br><br>Plaintiff,<br><br>v.<br><br>BONHAM'S & BUTTERFIELD'S AUCTIONEERS CORPORATION, A DELAWARE CORPORATION; THE CATHOLIC UNIVERSITY OF AMERICA, A NON-PROFIT DISTRICT OF COLUMBIA CORPORATION,<br><br>Defendant. | Civil Action No.<br>1:22-03571 |

**AFFIDAVIT OF GAIL STEWART BEACH**

DISTRICT OF COLUMBIA, TO WIT:

I, Gail Stewart Beach, am over 18 years of age, competent to testify, and have personal knowledge of the facts set forth herein.

1. I am the Associate Chair and Associate Professor of Practice, Department of Drama at the Catholic University of America (the "University").

2. I joined the University in 1987, and served as Chair of the Department of Drama from 2007 to 2013.

3. From 1987 to around 2006, I regularly saw a dress worn by Judy Garland in the Wizard of Oz in a box within a cabinet of the office of the Chair of the Department of Drama at the University.

4. After an office move in or around 2006, that dress was no longer in the cabinet of the office of the Chair of the Department of Drama and I believed it to be misplaced. I came to learn that it was located on or about June 7, 2021, by another member of the Department of Drama.

**I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT UPON PERSONAL KNOWLEDGE THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT.**

Gail S. Beach — Date 5/17/2022

Gail S. Beach

Subscribed and sworn to before me this 17th day of May, 2022.

Notary Public
My commission expires:

DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES 5/31/2026
NOTARY PUBLIC
MALLORY BOYD

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BARBARA ANN HARTKE, an individual on her own behalf and on behalf of the Estate of decedent Gilbert V. Hartke<br><br>Plaintiff,<br><br>v.<br><br>BONHAM'S & BUTTERFIELD'S AUCTIONEERS CORPORATION, A DELAWARE CORPORATION; THE CATHOLIC UNIVERSITY OF AMERICA, A NON-PROFIT DISTRICT OF COLUMBIA CORPORATION,<br><br>Defendant. | ) | Civil Action No. 1:22-03571 |

**AFFIDAVIT OF WILLIAM LARGESS**

DISTRICT OF COLUMBIA, TO WIT:

I, William Largess, am over 18 years of age, competent to testify, and have personal knowledge of the facts set forth herein.

1. I am an Adjunct Professor of Theatre in the George Washington University's Theatre & Dance Program.

2. I reside in the District of Columbia.

3. I was an undergraduate student in Catholic University's Department of Drama from 1972 to 1976.

4. Father Gilbert V. Hartke was my Professor in or around the spring of 1973 when I studied Voice and Speech under his direction.

BATES 000110

5. Throughout my time at the University as an undergraduate, I recall being with Father Gilbert V. Hartke multiple times when he took a dress out of his office and showed groups of drama students just outside his office in the lounge area of the Department of Drama. Upon seeing the dress, and consistent with Father Gilbert V. Hartke's description to us of the source of the dress, I understood that it was a dress worn by Judy Garland in the "Wizard of Oz" and that it was a gift from Ms. Mercedes McCambridge to the University.

6. I specifically recall Father Gilbert V. Hartke saying that Ms. Mercedes McCambridge gave the dress to the Department of Drama at Catholic University.

**I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT UPON PERSONAL KNOWLEDGE THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT.**

William Largess (signature)
William Largess

May 17, 2022
Date

Subscribed and sworn to before me this 17th day of May, 2022.

(signature)
Notary Public
My commission expires:

MALLORY BOYD NOTARY PUBLIC DISTRICT OF COLUMBIA MY COMMISSION EXPIRES 5/31/2026

BATES 000111

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

BARBARA ANN HARTKE, an individual on her own behalf and on behalf of the Estate of decedent Gilbert V. Hartke )

Plaintiff, )

v. )

BONHAM'S & BUTTERFIELD'S AUCTIONEERS CORPORATION, A DELAWARE CORPORATION; THE CATHOLIC UNIVERSITY OF AMERICA, A NON-PROFIT DISTRICT OF COLUMBIA CORPORATION, )

Defendant. )

Civil Action No.
1:22-03571

**AFFIDAVIT OF MATTHEW RIPA**

DISTRICT OF COLUMBIA, TO WIT:

I, Matthew Ripa, am over 18 years of age, competent to testify, and have personal knowledge of the facts set forth herein.

1. I am the Operations Coordinator and Lecturer with the Department of Drama at the Catholic University of America (the "University").

2. On June 7, 2021, I came across a trash bag which contained an old envelope box, which was the size of a shoebox, in a common area of the Department of Drama at the University. Within the box was a dress and underlying blouse. Upon further inspecting the dress, I came across handwriting with the name "Judy Garland" inside the dress. I have come to learn that the dress was worn by Judy Garland in the Wizard of Oz.

3. That same day, my colleague and I took pictures of the dress, the box and me holding up the dress. Attached respectively as Exhibits A, B, and C are photographs of the dress, the box and me holding up the dress.

4. No other belongings or items were found inside the trash bag.

5. Taped on the outside of the trash bag was a note from a retired Professor and Chair of the Department, Dr. Tom Donahue, which, to the best of my recollection, said, "Found this in my office. Must have moved up with me when I moved out of the Chair's office. Hope you all are staying safe. - Dr. T."

6. Dr. Tom Donahue retired in December of 2019 and ended his term as Chair in 2007.

**I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT UPON PERSONAL KNOWLEDGE THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT.**

Matthew Ripa

Date 5/16/22

Subscribed and sworn to before me this 16 day of May, 2022.

Notary Public
My commission expires:

126817191v.4

JUDY GARLAND
4223

Case 1:22-cv-03571-PGG Document 21-32 Filed 05/18/22 Page 1 of 1

RIPA Exhibit B



Case 1:22-cv-03571-PGG   Document 21-33   Filed 05/18/22   Page 1 of 1

RIPA Exhibit C                    BATES 000116

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

BARBARA ANN HARTKE, an individual on her own behalf and on behalf of the Estate of decedent Gilbert V. Hartke

*Plaintiff,*

v.

BONHAM'S & BUTTERFIELD'S AUCTIONEER'S CORPORATION, a Delaware Corporation; The Catholic University of America, a Non-Profit District of Columbia Corporation

*Defendants.*

**Civil Action No.: 22-3571**

**CERTIFICATION OF PLAINTIFF IN SUPPORT OF MOTION FOR PRELIMINARY RESTRAINTS**

Barbara Ann Hartke certifies as follows:

1. I am the plaintiff in this action, and, as such am fully familiar with the facts asserted herein.
2. I am the only living niece of Gilbert F. Hartke (known to family and friends as Gib). My father Eugene was Gib's brother. They were very close as Eugene and Gib were the sixth and seventh children of my grandparents Emil Hartke and Lillian Hartke and only two and a half years apart. Gib's father Emil was my godfather. His sister Berenice, whom he was closest to among his siblings, was my godmother.
3. I grew up in the Chicago area as did most of the immediate family. Gib left the area in 1929 to enter the seminary and four years later was ordained a priest of the Order of Preachers (O.P.) also known as the Dominicans.
4. I was born in 1940 at which time Uncle Gib was about 33 years of age. As long as I can recall until his death in 1986 he resided at the Dominican House and taught drama at the Catholic University in Washington D.C.
5. Uncle Gib remained in very close contact with his family in Chicago for his entire life.

EXHIBIT
3

6. Uncle Gib would visit the Chicago area often for a lot of reasons including performances. He would often visit on Christmas and Easter would stay with his father Emil and my aunt, his sister Berniece rather than in the Dominican residence.

7. During his visits he would make the rounds and visit the family and often bring presents for me and the other children.

8. Uncle Gib was known as the prince of the family and I recall that when he visited he would tell stories about himself as well as his friends and everyone would gather around to hear them. He was acquainted with famous people from all walks of life including just about all of the presidents, numerous movie and television stars and world figures such as popes and royalty. He also had numerous close friends in the Chicago area where he grew up and kept up those relationships throughout his life during his frequent visits. He was especially close to the world famous actress Helen Hayes. Uncle Gib was himself famous nationally and I cannot do justice in a short summary how important he was to our family and to the whole country in his heyday.

9. I recall when he came home to preside at my aunt Virginia Hartke Whittingham funeral and how heartbroken Uncle Gib was at his older sister's death. His older sisters Virginia and Bernice had acted as a maternal influence after his mother had passed when Uncle Gib was in his 20's..

10. When I lived in downtown Chicago in the late 1970s and early 1980s I often met the actress and radio personality Mercedes McCambridge at the Ambassador East Hotel. Mercedes and my eighth-grade teacher, a Benedictine nun, had both attended high school and they were very close. Both Mercedes McCambridge and I were alumni of Mundelein College, Illinois last all-women's university. we had that in common. I also recall meeting with Ms. McCambridge on more than one occasion in the period after Uncle Gib died in 1986.

11. While her gift to my uncle of the dress used in the Wizard of Oz never came up, she made it clear to me how important Uncle Gib was to her and what great love she had for him. She considered him her personal priest. She had a difficult private life and had two failed marriages. She credited Uncle Gib with helping her overcome alcoholism and helped improve her relationship with her son. Though the topic never came up, I can say without reservation that McCambridge's personal relationship with my uncle was what prompted her to give such a generous gift and that Mercedes was well aware of its value even then.

12. I have no recollection of receiving any documentation by mail or otherwise pertaining to the probate of my uncle's estate. The address where I am alleged to have received such notice was not correct as I lived in an apartment in that building and probably would not have received mail not properly addressed with the apartment number 6A.

13. I recall when Uncle Gib returned to Chicago to be the keynote speaker at St. Scholastica High School, the all-girls Catholic High School in our Rogers Park neighborhood which had been Uncle Gib's neighborhood as a young man, for the High School graduation of my older sister Lillian Marie Hartke. My father, Eugene Alexander Hartke, Sr, and the rest of the extended family were all pleased and proud of Uncle Gib honoring his niece, and his older brother with his role in the event.

14. I certify the above statements are true. I realize if any of the above statements are willfully false, I am subject to punishment.

Dated: May 18, 2022

Barbara Ann Hartke
Barbara Ann Hartke 5/19/22 1PM

I, Katherine Anna Patnode (nee: Katherine Anna Lehman), daughter of Lillian Hartke Lehman and grandniece of Rev. Gilbert V. Hartke. At the time of Rev. Gilbert V. Hartke's death in February 1986 I was attending Regina Dominican High School in Wilmette, Illinois and was living at my family's residence along with my mother and father at:

2045 Greenwood Avenue
Wilmette, Illinois 60091

During that time, I do not recall my mother ever receiving a petition and/or probate of the estate of Gilbert Hartke. And, it is certain, that with his death, a petition/probate would have most definitely been a matter discussed by my mother with the family.

By Katherine Anna Patnode

______________________________

signed this 19 day of May 2022

RE-OPEN

RECEIVED
2022 JUN 13 A 9:13
PROBATE DIVISION

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## PROBATE DIVISION

1986 ADM 001663

Estate of (Link to ________ WIL ________)

Gilbert V. Hartke
Deceased                Age 79

## PETITION FOR PROBATE
(For decedents dying on or after January 1, 1981 through June 30, 1995)

☒ Petition for Abbreviated Probate
☐ Petition for Standard Probate
☐ Appointment of Personal Representative(s)
☐ Appointment of Co-Personal Representative(s)
☒ Appointment of Successor Personal Representative(s)
☐ Appointment of Special Administrator(s)

The Petition of:

| Name | Age | Address |
|---|---|---|
| Barbara A. Hartke | 81 | 705 South Lakeshore Dr. Lake Geneva Wisconsin 53147 |
| | | |
| | | |

hereinafter "petitioner" being a citizen of the United States or a lawfully admitted permanent resident thereof, of legal age, and not otherwise excluded from acting as personal representative pursuant to D.C. Code, sec. 20-303(b), states the following:

1. Gilbert V. Hartke, the decedent, a domiciliary of the District of Columbia residing at 487 Michigan Ave. NE Wash. D.C. 20017 died at Georgetown University Hospital on March 21, 1986 ~~(with)~~ (without) a will.
2. Petitioner is entitled to be appointed personal representative of the decedent's estate under D.C. Code, sec. 20-303 for the following reasons: Petitioner is the Niece of Decedent. Petitioner is currently challenging/litigating the ownership of an estate asset claimed by previous Person. Rep.
3. The court has jurisdiction in this matter because —
   ☒ the decedent died domiciled in the District of Columbia
   ☐ other — please state basis for jurisdiction ________
4. There are no other proceedings regarding the administration of the estate except Petitioner seeks to re-open the estate after discovery of an asset.
5. The petitioner has made a diligent search for wills and codicils of the decedent, and, to the best knowledge of the petitioner, the will dated N/A and codicil(s) dated ________ accompanying this petition (is) (are) the decedent's last will, and petitioner knows of no later will or codicil, and said will and codicil(s), if any, came into petitioner's hands in the following manner: N/A
6. All information required pursuant to D.C. Code, sec. 20-304(a) has been furnished except N/A

**The decedent was survived by** - (please check appropriate boxes)

a. ☐ Spouse ☒ No spouse. Check appropriate box and go to b.
b. ☐ Children. ☐ Descendants of predeceased children. If so, stop here; if not, go to c.
c. ☐ Grandchildren. ☐ Descendants of predeceased grandchildren. If so, stop here; if not, go to d.
d. ☐ Parents. If so, stop here; if not go to e.
e. ☐ Brothers and/or Sisters. ☐ Descendants of predeceased brothers and/or sisters. If so, stop here; if not, go to f.
f. ☒ Nieces and/or Nephews. ☐ Descendants of predeceased nieces and/or nephews. If so, stop here; if not, go to g
g. ☐ Uncles and/or Aunts. If so, stop here; if not, go to h.
h. ☐ First cousins. If so, stop here; if not, go to i.
i. ☐ Grandparents. If so, stop here; if not, go to j.
j. ☐ Other heirs. If none, go to k.
k. ☐ Notify Office of the Attorney General, Chief of the Civil Enforcement Section, 441 4th Street, N.W., Washington, DC 20001.

**LIST OF INTERESTED PERSONS** must include names of heirs if decedent died intestate; heirs and legatees, including trustees and all named Personal Representatives, if the decedent died testate. Refer to D.C. Code, sec. §19-301 through 312 and 20-101(d)(1). If under age of 18 or an adult who is legally disabled, also list as an interested person the judicially appointed guardian, conservator or committee for such person. If no judicially appointed representative exists then list the parent or custodian or an attorney-in-fact, if any, for such person (subject to the terms of the power of attorney) or any other person with legal authority to act for such disabled person.

Note: If each trustee is also a petitioning party or acting personal representative, list all beneficiaries under trust. Refer to D.C. Code, sec. 20-101(g). Any creditor of the decedent, including those persons whose rights accrue at the time of death, who has timely presented a claim in excess of $500 that has not been barred or discharged is also an interested person. Petitioner(s) should update list of interested persons or creditors with claims in excess of $500 as they become known. **Indicate, when applicable, grandchildren and nieces and nephews by family groups by showing the name of their deceased parent who was related to the decedent.**

Sample:

| Joe Petitioner | 1234 Hexagon Street, N.W. Washington, D.C. 20000 | Son/heir/legatee/petitioner |
|---|---|---|
| Interested persons | Address | Relationship (Age, if under 18) |

See Continuation Sheet over

(Use continuation sheet if necessary)

**WITNESSES TO WILLS/CODICILS (Names)**

N/A

**List of Interested Persons**
**In Re Estate of Gilbert V. Hartke—Deceased**

Eugene Hartke (DECEASED)
Edna T. Hartke (DECEASED)
Barbara A. Hartke 705 South Lakeshore Dr. #2H Lake Geneva Wisconsin 53147.
Niece/heir/petitioner
Inez Kuipers Bucher  (Unknown—Possibly deceased)
        niece/heir

Kathrine Faith Prior       DECEASED 2000                              listed creditor
The Art and Music Exchange   235 Gallatin St. NW, WDC           listed creditor

**Character, Location and Estimated Value of Property Titled in Decedent's Name:**

A. **Real Property** located in the District of Columbia

**Estimated Value**

**NONE**

**Total $0.00**

B. **Personal Property** located in the District of Columbia and other jurisdictions

B1. Value of household furniture, automobiles, furnishings, appliances and personal effects

**$ 0.00**

B2. Value of all other personal property

**$ 800,000**

**Heir/petitioner discovered an asset of the Estate— "Wizard of Oz dress" from the film *The Wizard of Oz*. (See article attached).**

Personal Property Total

**Total $ 800,000**

**C. (A+B)**

**Total $ 800,000**

**D. Debts and Funeral Expenses**

Debts secured: **Unknown**

**Total $** ____________________

☐ Debts Unsecured: **Unknown**

**Total $** ____________________

Funeral Expenses:

☐ Paid by: **Unknown**

name

**Amount paid $** ____________________

Unpaid **Unknown**

**Total $** ____________________

**Inheritance taxes**, if the decedent died prior to April 1, 1987. Only on personal property under control of personal representative.

The New York Times | https://www.nytimes.com/2022/05/23/arts/wizard-of-oz-dress-auction.html

# Judge Halts Auction of 'Wizard of Oz' Dress Amid Ownership Battle

A blue-and-white dress worn by Judy Garland is the subject of a dispute between Catholic University and the family of its former drama chairman.

By Eduardo Medina
May 23, 2022

A federal judge on Monday blocked Catholic University from auctioning off a memorable white-and-blue dress worn by Judy Garland in "The Wizard of Oz" after a Wisconsin woman filed a lawsuit claiming she was the rightful owner of the gingham pinafore garment donned by Dorothy.

Judge Paul G. Gardephe of U.S. District Court in Manhattan granted a preliminary injunction a day before the dress was scheduled to be auctioned in Los Angeles, where it had been expected to sell for more than $1 million. Catholic University had planned to use that money to endow a new faculty position in the Rome School of Music, Drama and Art.

Judge Gardephe ruled that the dress could not be sold by Catholic University until the lawsuit was resolved. Both sides are set to meet in court on June 9.

In her lawsuit, filed earlier this month, Barbara Ann Hartke claims the dress belonged to the estate of her uncle, the Rev. Gilbert Hartke, who was once chairman of the university's drama department and received the dress as a gift in 1973 from the Academy Award-winning actress Mercedes McCambridge, who was also an artist in residency at the university.

Ms. McCambridge had "specifically and publicly" given the dress to Mr. Hartke as a demonstration of gratitude for "helping her battle alcohol substance abuse," the lawsuit states.

Mr. Hartke died in 1986, and Ms. Hartke says she is his closest living heir.

The lawsuit states that Ms. McCambridge was a "close confidant" of Ms. Garland, but it is unclear exactly how she obtained the dress.

The university has contended that the dress was a gift from Mr. Hartke, and that it was his wish for it to be kept within the institution.

Shawn Brenhouse, a lawyer for Catholic University, said in a statement on Monday night that the judge's decision "was preliminary and did not get to the merits of Barbara Hartke's claim to the dress."

"We look forward to presenting our position, and the overwhelming evidence contradicting Ms. Hartke's claim, to the court in the course of this litigation," Mr. Brenhouse said.

Anthony Scordo III, a lawyer for Ms. Hartke, did not immediately respond to an email seeking comment on Monday night.

The fragile dress has become legend ever since Ms. Garland wore it in the Technicolor classic in 1939, complementing the plaid look with ruby-red slippers sought by the Wicked Witch. Ms. Garland wore several versions of the dress, but only one other is known to still exist. It was sold in 2012 by Julien's Auctions for $480,000. In 2015, it sold again for nearly $1.6 million.

The location of the second dress had been a mystery until it was found by chance last year in a shoe box, inside a bag, sitting on top of faculty mailboxes. Matt Ripa, a lecturer and operations manager at the drama school, found the bag when he was cleaning up the area in preparation for renovations of the Hartke Theater.

The Smithsonian's National Museum of American History helped authenticate the dress, which includes a fitted bodice, a high-necked blouse and a full skirt, with a fabric label inside inscribed "Judy Garland 4223."

Ms. Hartke claims in her lawsuit that her family was never made aware of the discovery by the university. They had known a dress existed, and were surprised to read headlines about preparations to auction it off "without any compensation to its rightful owners," the lawsuit states.

"There is no documentation demonstrating that" Mr. Hartke ever donated the dress to Catholic University, according to the lawsuit.

**WHEREFORE,** the petitioner prays that petitioner~~(s)~~ be appointed personal representative~~(s)~~ of the decedent's estate in (abbreviated) ~~(standard)~~ probate proceeding, and that the (court find that the decedent died intestate) ~~(will dated ______________ and codicil(s) dated ______________, exhibited with the petition be admitted to probate and record) and that the additional relief be granted:~~
Respectfully request the Estate be re-opened

## DECLARATION OF PETITIONER

I do solemnly declare and affirm under the penalty of law that the contents of the foregoing petition are true and correct to the best of my knowledge, information and belief.

☒ I am a member of the D.C. bar and hereby guarantee court costs.

| | | |
|---|---|---|
| Signature of Attorney | Signature of Petitioner | (262) 220-5484 Telephone |
| Rodney C. Mitchell Typed Name of Attorney | Signature of Petitioner | Telephone |
| 1050 30th Street NW Attorney's Address | | |
| Wash. D.C. 20007 | Signature of Petitioner | Telephone |
| (202) 210-1223 Telephone Number | | |
| 489439 Unified Bar Number | | |
| rodney@mitchelldclaw.com E-mail address (optional) | | |

## ACCEPTANCE AND CONSENT OF EACH PERSONAL REPRESENTATIVE

I do hereby accept the duties of the office of personal representative of the estate of Gilbert V. Harike deceased, and consent to personal jurisdiction in any action brought in the District of Columbia against me as personal representative or arising from the duties of the office of personal representative pursuant to D.C. Code, sec. 20-501.

Signature of Petitioner    Signature of Petitioner    Signature of Petitioner

**POWER OF ATTORNEY**

**To be Executed by Each Non-resident Personal Representative**

Pursuant to D.C. Code, sec. 20-303(b)(7), I do hereby irrevocably appoint the Register of Wills and successors in office as the person upon whom all notices and process issued by a competent court in the District of Columbia may be served with the same effect as personal service in relation to all suits or matters pertaining to the estate in which the letters are to issue.

[signature] 705 South Lakeshore Dr. #2H, Lake Geneva

(Signature) Address (Actual address/not Post Office Box)

Wisc. 53147

(Signature) Address (Actual address/not Post Office Box)

(Signature) Address (Actual address/not Post Office Box)

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
PROBATE DIVISION

1986 ADM 001663

Estate of

GILBERT V. HARTKE
Deceased

Age 79

**Abbreviated Probate Order**
(For estates of decedents dying on or after January 1, 1981 through June 30, 1995)

Upon consideration of the petition for abbreviated probate, acceptance and consent of each personal representative, a power of attorney by each non-resident, and a (general) (nominal) bond in the amount of ____________, all having been filed herein, it is this ______ day of ______________, 20 ___,

ORDERED, that the bond heretofore filed is approved, and Barbara A. Hartke ______________ (is) ~~(are)~~ appointed personal representative~~(s)~~ of the estate of Gilbert V. Hartke ______________, deceased, and it is further,

~~ORDERED, that the will dated~~ ______________ ~~and codicil(s) dated~~ ______________ ~~accompanying the petition (is) (are) admitted to probate and record as the last will and testament of the aforesaid decedent, and it is further~~

ORDERED, that

☐ the sum of $10,000 is hereby allowed from the personal estate to ______________ as surviving spouse and/or custodian of decedent's minor child(ren) in accordance with law.

☐ Provided that the said personal representative(s) shall file an additional bond in an amount to be fixed by the Court before accepting assets in excess of the stated amount.

______________
JUDGE

cc: Include Attorney of Record and Personal Representative.

Rodney C. Mitchell
1050 30th Street, NW
Wash. D.C. 20007

Barbara A. Hartke
705 South Lakeshore Dr. #2H
Lake Geneva, Wisc. 53147

**FILE IN RED (Confidential/Sealed) JACKET**

**Personal Identification Information (Form 26)**

1986 ADM 001663

INT/IDD ________

SEB ________

GDN ________

Estate of GILBERT V. HARTKE
decedent/minor/adult ward/custodian

| Name/ Relationship To Case | Address | Telephone Number | Date of Birth | Driver's License | Social Security Number |
|---|---|---|---|---|---|
| Eugene Hartke DECEASED | | | | | |
| Edna T. Harke DECEASED | | | | | |
| Barbara A. Hartke neice/ heir/petitioner | 705 South Lakeshore Dr. #2H, | (262) 220-5484 | TBD | TBD | TBD |
| | Lake Geneva, Wisc. 53147 | | | | |
| Inez Kuipers Bucher neice/heir | Unknown-- possibly deceased | TBD | TBD | TBD | TBD |
| Katherine Faith Prior creditor | DECEASED | | | | |
| The Art and Music Exchange creditor | 235 Gallatin St. NW WDC 20011 | TBD | TBD | TBD | TBD |

Driver's license, birthdates and Social Security numbers will be recorded in a secure Court database and the information will be available only to authorized Court personnel, unless otherwise included in the public record.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## PROBATE DIVISION

1986 ADM 001663

GILBERT V. HARTKE
Name of Decedent

Rodney C. Mitchell
1050 30th Street, NW
Washington, DC 20007
Name and Address of Attorney

**Notice of Appointment, Notice to Creditors and Notice to Unknown Heirs**

Barbara A. Hartke, whose address(es) (is/are) 705 South Lakeshore Dr. # 2H Lake Geneva Wisc. 53147 (was/were) appointed Personal Representative(s) of the estate of Gilbert V. Hartke who died on Feb. 21 1986 (with/without) a Will and will service (with/without) Court supervision. All unknown heirs and heirs whose whereabouts are unknown shall enter their appearance in this proceeding. Objections to such appointment (or to the probate of decedent's Will) shall be filed with the Register of Wills, D.C., Building A, 515 5th Street, N.W., 3rd Floor, Washington, D.C. 20001, on or before ______________. Claims against the decedent shall be presented to the undersigned with a copy to the Register of Wills or filed with the Register of Wills with a copy to the undersigned, on or before ______________, or be forever barred. Persons believed to be heirs or legatees of the decedent who do not receive a copy of this notice by mail within 25 days of its publication shall so inform the Register of Wills, including name, address and relationship.

Date of first publication:

______________

Name of newspaper and/or periodical:

DWLR

DC Jewish Weekly

* Barbara A. Hartke [signature]
To be signed by Personal Representative(s)

(262) 220-5484
Telephone Number of Personal Representative(s)

TRUE TEST COPY

______________
Register of Wills

March 2012 – 124.10.v2

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## PROBATE DIVISION

1986 ADM 001663

Estate of
GILBERT V. HARTKE

### GENERAL BOND OF PERSONAL REPRESENTATIVE
(For estates of decedents dying on or after January 1, 1981 through June 30, 1995)

KNOW ALL BY THESE PRESENTS: That we ______________________ as principal and ______________________ as surety are held and firmly bound to the District of Columbia in the sum of ______________ dollars. The condition of the above obligation is such that if the said Personal Representative ______________ shall well and truly perform the office of the personal representative of Gilbert V. Hartke ______________, deceased, late of March 21, 1986 ______________, according to law, and shall in all respects discharge the duties required of the personal representative by law without any injury or damage to any interest person or creditor, then the above obligation shall be void; it is otherwise to be in full force and effect.

Barbara A. Hartke
Signature of Personal Representative(s)

Barbara A. Hartke
Typed name of Personal Representative(s)

705 South Lakeshore Dr. #2H
Address
Lake Geneva, Wisc. 53147

______________________
Surety

______________________
By: Seal

______________________
Date

Subject: 1986 ADM 1635 - Hartke - Order
Date: 12/7/2022 11:53 AM
From: "Judge Cordero Chambers" <JudgeCorderoChambers@dcsc.gov>
To: "trepczynski@offitkurman.com" <trepczynski@offitkurman.com>, "epelletier@offitkurman.com" <epelletier@offitkurman.com>

---

Hello,

Attached please find an order in the above-captioned case.

Best regards,

Law Clerk to the Honorable Laura A. Cordero
Superior Court of the District of Columbia
(202) 879-7870 (tel.)
(202) 879-7862 (fax)



SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
PROBATE DIVISION

Estate of
Gilbert V. Hartke,
Decedent.

1986 ADM 001635
Judge Laura A. Cordero

**ORDER DENYING AS MOOT MOTION TO INTERVENE AND OPPOSITION TO PETITION TO REOPEN PROBATE**

This matter is before the Court on a Motion to Intervene and Opposition to Petition to Reopen Probate, filed by Proposed Intervenor, the Catholic University of America ("Catholic University") on September 23, 2022. No opposition has been filed.

Catholic University filed the instant pleading requesting to intervene in this estate administration matter and in opposition to the reopening of the Estate of Gilbert V. Hartke, O.P. However, no petition to re-open these proceedings has been properly filed. According to Court staff, Barbara Hartke's petition to reopen "was returned to counsel as the case jacket had not been received in the Probate Division" and that "no petition to reopen has been docketed." As there is no pending petition to reopen the estate, the instant Motion is denied as moot.

Wherefore it is the 16th day of November 2022, hereby:

**ORDERED** that the Motion to Intervene and Opposition to Petition to Reopen Probate, filed by Proposed Intervenor is **DENIED AS MOOT**.

**SO ORDERED.**

Laura A. Cordero
Associate Judge
*(Signed in Chambers)*

Copies e-served to:

Thomas Repzynski, Esq., *Counsel for Catholic University*
Anthony Scondo, Esq., *Counsel for Barbara Hartke*

EXHIBIT
tabbies
Repczynski Dec
C

**Probate - Estates**

## Case Summary

**Case No. 1986-ADM-001663**

**IN RE: HARTKE, GILBERT V // PERS. REP:** § § §

Location: **Probate - Estates**
Judicial Officer: **Cordero, Laura**
Filed on: **01/01/1986**

### Case Information

**Statistical Closures**
01/01/1900 Closed

Case Type: Large Estate
Case Status: **01/01/1986 Closed**
01/01/1986 Open

### Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 1986-ADM-001663 |
| Court | Probate - Estates |
| Date Assigned | 10/19/2022 |
| Judicial Officer | Cordero, Laura |

### Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Applicant** | **Catholic University Of America** | **Repczynski, Thomas W**<br>***Retained***<br>703-745-1801(W)<br>OFFIT KURMAN, P.C.<br>8000 Towers Crescent Drive, Suite 1450<br>TYSONS CORNER, VA 22182<br>trepczynski@offitkurman.com |
| **Decedent** | **Hartke, Gilbert V** | |

### Events and Orders of the Court

09/23/2022
Docket Entry:
*Attachment to Motion to Intervene and Opposition to Petition to Reopen Probate. Copy provided by Attorney of the 1986 Petition for Probate without a will; DOD 03/21/1986.*

09/23/2022
Motion (Judicial Officer: Cordero, Laura)
*Motion to Intervene and Opposition to Petition to Reopen Probate filed by Thomas W Repczynski; received by mail on 09/21/2022, filed and entered on the docket on 09/23/2022. Attorney: REPCZYNSKI, Mr THOMAS W (458766) Receipt: 146386 Date: 09/23/2022*
Filed By: Primary Attorney Repczynski, Thomas W

10/19/2022 Case Assigned to Judge
*Case Assigned to Judge The judge was changed from NOT AVAILABLE FROM LEGACY to CORDERO, LAURA A*

11/16/2022 Order Dismissing Motion (Judicial Officer: Cordero, Laura)
*Order Denying as Moot Motion to Intervene and Opposition to Petition to Reopen Probate. Eserved on 11/16/22.*
Signed On: 11/16/2022

EXHIBIT
Repczynski Dec
D

**Probate - Estates**

**Case Summary**

**Case No. 1986-ADM-001663**

04/05/2023 Docket Entry:
*ARCHIVES SCANNED*

## Financial Information

| | |
|---|---|
| **Decedent** Hartke, Gilbert V | |
| Total Financial Assessment | 20.00 |
| Total Payments and Credits | 20.00 |
| **Balance Due as of 01/08/2024** | **0.00** |