| | |
|---|---|
| Subject: | 1986 ADM 1635 - Hartke - Order |
| Date: | 12/7/2022 11:53 AM |
| From: | "Judge Cordero Chambers" <JudgeCorderoChambers@dcsc.gov> |
| To: | "trepczynski@offitkurman.com" <trepczynski@offitkurman.com>, "epelletier@offitkurman.com" <epelletier@offitkurman.com> |

Hello,

Attached please find an order in the above-captioned case.

Best regards,

Law Clerk to the Honorable Laura A. Cordero
Superior Court of the District of Columbia
(202) 879-7870 (tel.)
(202) 879-7862 (fax)



EXHIBIT
Repczynski Dec
B

about:blank                                                                 1/8/2024