SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
PROBATE DIVISION

Estate of                                                    1986 ADM 001635
    Gilbert V. Hartke,                           Judge Laura A. Cordero
    Decedent.

### ORDER DENYING AS MOOT MOTION TO INTERVENE AND OPPOSITION TO PETITION TO REOPEN PROBATE

This matter is before the Court on a Motion to Intervene and Opposition to Petition to Reopen Probate, filed by Proposed Intervenor, the Catholic University of America ("Catholic University") on September 23, 2022. No opposition has been filed.

Catholic University filed the instant pleading requesting to intervene in this estate administration matter and in opposition to the reopening of the Estate of Gilbert V. Hartke, O.P. However, no petition to re-open these proceedings has been properly filed. According to Court staff, Barbara Hartke's petition to reopen "was returned to counsel as the case jacket had not been received in the Probate Division" and that "no petition to reopen has been docketed." As there is no pending petition to reopen the estate, the instant Motion is denied as moot.

Wherefore it is the 16th day of November 2022, hereby:

**ORDERED** that the Motion to Intervene and Opposition to Petition to Reopen Probate, filed by Proposed Intervenor is **DENIED AS MOOT**.

SO ORDERED.

Laura A. Cordero
Associate Judge
*(Signed in Chambers)*

Copies e-served to:

Thomas Repzynski, Esq., *Counsel for Catholic University*
Anthony Scondo, Esq., *Counsel for Barbara Hartke*

1

**EXHIBIT**
Repczynski Dec
C