Probate - Estates

Case Summary

Case No. 1986-ADM-001663

| | | |
|---|---|---|
| IN RE: HARTKE, GILBERT V // PERS. REP: | § § § | Location: Probate - Estates<br>Judicial Officer: Cordero, Laura<br>Filed on: 01/01/1986 |

---

### Case Information

**Statistical Closures**
01/01/1900 Closed

Case Type: Large Estate
Case Status: 01/01/1986 Closed
01/01/1986 Open

---

### Assignment Information

**Current Case Assignment**
Case Number    1986-ADM-001663
Court          Probate - Estates
Date Assigned  10/19/2022
Judicial Officer Cordero, Laura

---

### Party Information

*Lead Attorneys*

**Applicant** Catholic University Of America

Repczynski, Thomas W
*Retained*
703-745-1801(W)
OFFIT KURMAN, P.C.
8000 Towers Crescent Drive, Suite 1450
TYSONS CORNER, VA 22182
trepczynski@offitkurman.com

**Decedent** Hartke, Gilbert V

---

### Events and Orders of the Court

09/23/2022
Docket Entry:
  *Attachment to Motion to Intervene and Opposition to Petition to Reopen Probate. Copy provided by Attorney of the 1986 Petition for Probate without a will; DOD 03/21/1986.*

09/23/2022
Motion    (Judicial Officer: Cordero, Laura)
  *Motion to Intervene and Opposition to Petition to Reopen Probate filed by Thomas W Repczynski; received by mail on 09/21/2022, filed and entered on the docket on 09/23/2022. Attorney: REPCZYNSKI, Mr THOMAS W (458766) Receipt: 146386 Date: 09/23/2022*
  Filed By:  Primary Attorney Repczynski, Thomas W

10/19/2022    Case Assigned to Judge
              *Case Assigned to Judge The judge was changed from NOT AVAILABLE FROM LEGACY to CORDERO, LAURA A*

11/16/2022    Order Dismissing Motion    (Judicial Officer: Cordero, Laura)
              *Order Denying as Moot Motion to Intervene and Opposition to Petition to Reopen Probate. Eserved on 11/16/22.*
              Signed On:  11/16/2022

**EXHIBIT**
Repczynski Dec
D

Probate - Estates

## Case Summary

Case No. 1986-ADM-001663

04/05/2023  Docket Entry:
  *ARCHIVES SCANNED*

---

## Financial Information

**Decedent**   Hartke, Gilbert V
Total Financial Assessment                                        20.00
Total Payments and Credits                                        20.00
**Balance Due as of 01/08/2024**                                   0.00