**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
BARBARA ANN HARTKE, an individual
on her own behalf and on behalf of the Estate
of decedent Gilbert V. Hartke,

               Plaintiff,                     22 **CIVIL** 3571 (PGG)

      -v-                                        **JUDGMENT**

BONHAMS & BUTTERFIELDS
AUCTIONEERS CORPORATION, A
DELAWARE CORPORATION; THE
CATHOLIC UNIVERSITY OF AMERICA,
A NON-PROFIT DISTRICT OF
COLUMBIA CORPORATION,
               Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated January 23, 2024, Plaintiffs motion for leave to file a Second Amended Complaint is denied, and this action is dismissed without prejudice. Because Plaintiff has not shown cause why this Court's May 23, 2022 order granting her a preliminary injunction should remain in place, that Order (Dkt. No. 26) is hereby vacated. Accordingly, the case is closed.

**Dated:**  New York, New York

      January 23, 2024

                                                  **RUBY J. KRAJICK**
                                                     Clerk of Court

                            **BY:**
                                                 _____
                                                      **Deputy Clerk**