IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA ANN HARTKE, an individual on her own behalf and on behalf of the Estate of decedent Gilbert V. Hartke<br><br>*Plaintiff,*<br><br>v.<br><br>BONHAMS & BUTTERFIELD'S AUCTIONEERS CORPORATION, A DELAWARE CORPORATION; THE CATHOLIC UNIVERSITY OF AMERICA, A NON-PROFIT DISTRICT OF COLUMBIA CORPORATION<br><br>*Defendants.* | Civil Action No.: 1:22-cv-03571-PGG<br><br>NOTICE OF APPEAL |

  Plaintiff Barbara Ann Hartke appeals to the United States Court of Appeals for the Second Circuit both from the Order of December 11, 2023 granting joint defendants' motion dismissing plaintiff's complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) and from the Order of January 23, 2024 denying plaintiff's motion to amend her complaint and dissolving preliminary injunction originally entered on May 23, 2022.

*s/ Anthony Scordo*

_____

Anthony Scordo, attorney for plaintiff Barbara Ann Hartke
Anthony Scordo, Esq.  P.C.
69 East Allendale Road
Saddle River NJ 07458
Ph: 973-837-1861
anthonyscordo@msn.com